**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____     Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **JLK Construction, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-5030990** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1214 Frederick Ave.** **Saint Joseph, MO 64501** Number, Street, City, State & ZIP Code | **PO Box 8820** **Saint Joseph, MO 64508** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Buchanan** County | **Location of principal assets, if different from principal place of business** **1214 Frederick Ave. Saint Joseph, MO 64501** Number, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | **jlkconstruction.com** | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | **JLK Construction, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_2389_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor  **JLK Construction, LLC**                                            Case number (*if known*) _____
        Name

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district?***   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **JLK Construction, LLC**                                                Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

**X** **/s/ Jesse L. Kagarice** _____          **Jesse L. Kagarice** _____
Signature of authorized representative of debtor          Printed name

Title   **Managing Member** _____

**18. Signature of attorney**

**X** **/s/ Colin N. Gotham** _____          Date _____
Signature of attorney for debtor          MM / DD / YYYY

**Colin N. Gotham for Debtor-in-Possession** _____
Printed name

**Evans and Mullinix, P.A.** _____
Firm name

**7225 Reener Road, Suite 200, Shawnee, KS 662117** _____
Number, Street, City, State & ZIP Code

Contact phone   **(913) 962-8700** _____   Email address   **cgotham@emlawkc.com** _____

**KS # 19538; MO #52343** _____
Bar number and State

**19. Signature of attorney**

**X** **Steven R. Fox** _____          Date _____
Signature of attorney for debtor          MM / DD / YYYY

**Steven R. Fox Attorney for Debtor-in-Possession** _____
Printed name

**The Fox Law Corporation, Inc.** _____
Firm name

**17835 Ventura Blvd.**
**Suite 306**
**Encino, CA 91316** _____
Number, Street, City, State & ZIP Code

Contact phone   **(818) 774-3545** _____   Email address   **srfox@foxlaw.com** _____

**138808 CA** _____
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Missouri

In re __JLK Construction, LLC__ _____  Case No. _____

Debtor(s)   Chapter   __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Hourly** |
| Prior to the filing of this statement I have received | $ | **70,000.00** |
| Balance Due | $ | **0.00** |

2.  $_____ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Does not include court filing fee of $1,738**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 2/23/2023 _____ | /s/ Steven R. Fox _____ |
| _Date_ | **Steven R. Fox Attorney for Debtor-in-Possession** |
| | _Signature of Attorney_ |
| | **The Fox Law Corporation, Inc.** |
| | **17835 Ventura Blvd.** |
| | **Suite 306** |
| | **Encino, CA 91316** |
| | **(818) 774-3545   Fax: (818) 774-3707** |
| | **srfox@foxlaw.com** |
| | _Name of law firm_ |

In re    __JLK Construction, LLC_____    Case No. _____
                         Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

# United States Bankruptcy Court
### Western District of Missouri

In re    __JLK Construction, LLC_____    Case No. _____
                         Debtor(s)    Chapter    __11_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................    $ _____**Hourly**__

    Prior to the filing of this statement I have received ..................................    $ _____**13,000.00**__

    Balance Due ..........................................................................................    $ _____**0.00**__

2.  $ __**1,738.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor       ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__2/12/2023_____                    __/s/ Colin N. Gotham_____
  *Date*                                          **Colin N. Gotham Attorney for Debtor-in-Possession**
                                                  *Signature of Attorney*
                                                  **EVANS & MULLINIX, PA**
                                                  **7226 Renner Rd**
                                                  **Suite 200**
                                                  **Shawnee, KS 66217**
                                                  **(913) 962-8700  Fax: (  )**
                                                  **CGotham@emlawkc.com**
                                                  *Name of law firm*

4K Hauling, LLC
12603 NE 135th Terrace
Kearney MO 63060


4K Hauling, LLC
12603 NE 135 Terrace
Kearney MO 63060


4K Hauling, LLC
Attn: Tina Kagarice
PO Box 73
Kearney MO 64060


7MHD Properties
7 Mission Hills Dr.
Saint Joseph MO 64507


Alva Advance
300 Arthur Godfrey Road
Suite 201A
Miami Beach FL 33140


Alva Advance
c/o Gene Rosen, Esq
200 Garden City Plaza Ste 405
Garden City NY 11530


Alva Advance
c/o Mediation and Civil Arbitration Inc
Attn: Administrator
14 Penn Plaza Ste 1315
New York NY 10122


American Express
200 Vesey St.
New York NY 10285


Andrew County Collector
PO BOX 47
Savannah MO 64485


Arnold William Gerber
5009 N 145th Street
Basehor KS 66007

AT&T
PO Box 5070
Carol Stream IL 60197-5070


Beacon Bldg Products
PO Box 101087
Pasadena CA 91189-0005


Beacon Building Products
6000 Merriam Dr
Shawnee KS 66203


Buchanan County Tax Collector
411 Jules St, Ste 123
Saint Joseph MO 64501


Caterpillar Financial Services
PO Box 730681
Dallas TX 75373-0681


Central Bank Bankcard Services
P.O. Box 8100
Jefferson City MO 65102


Cindy Kagarice
3317 Penn Street
St Joseph MO 64507


CNH Industrial Accounts
PO Box 71264
Philadelphia PA 19176-6264


Collins and Hermann
1215 Dunn Road
PO Box 38901-0901
St Louis MO 63138


Collins and Hermann
2366 State Line Road
Kansas City KS 66103


Collins and Hermann
PO Box 38901-0901
Saint Louis MO 63138

Construction Industry Laborers
Fringe Benefit Funds
c/o Arnold, Newbold, et al.
1100 Main St., Ste 2001
Kansas City MO 64105-5178


Department of Revenue, MO
P.O. Box 500
Jefferson City MO 65106-0500


Department of Revenue, MO
P.O. Box 329
Jefferson City MO 65105-0329


Derr Equipment
11001 Highway 71
Savannah MO 64485-8135


Doniphan County Treasurers Office
Treasurer Nicole Diveley
PO Box 308
Troy KS 66087-0308


EIN CAP
40 Wall Street
Suite 2304
New York NY 10005


EIN CAP Add On
40 Wall Street
Suite 2304
New York NY 10005


Erosion Specialist, LLC
681599 PO Box
Riverside MO 64168


Everest Business Funding
5 West 37th Street
Ste 1100
New York NY 10018


Finished Works
7509 N Wayne Avenue
Gladstone MO 64118

Foley Equipment
1550 S West Street
Wichita KS 67213

Fundamental Capital
100 Garden City Plaza
Suite 410
Garden City NY 11530

Fundamental Capital
4 Embarcadero Center
Suite 1400
(from Merchant and Security Agmt)
San Francisco CA 94111

Heartland Traffice Services
626 N 47th Street
Kansas City KS

Internal Revenue Service
PO Box 9941
Stop 5500
Ogden UT 84409

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Jack Horner's Contractor Supplies
4805 Rochester Rd
St. Joseph MO 64506

Jayme Kagarice
PO Box 8820
Saint Joseph MO 64505

Jesse Kagarice
PO Box 8820
Saint Joseph MO 64505

Jesse L Kagarice
PO Box 8820
Saint Joseph MO 64505

Kansas City Testing & Engineering, LLC
1141 Southwest Blvd
Kansas City KS 66103

Kansas City Winwater Co.
3939 A NE 33rd Terrace
Kanasas City MO 64117

Kaw Valley Companies
5600 Kansas Avenue
Kansas City KS 66106

Laborers Local 579
1203 N 6th Street
Saint Joseph MO 64501

Local 663 KC
7820 Prospect
Kansas City MO 64132

Local Union 101
PO Box 909500
Kansas City MO 84190

Local Union 101
Int'l Union of Operating Engineers
6601 Winchester, Ste 280
Kansas City MO 64133

Local Union 1290
PO Box 909500
Kansas City MO 84190

Local Union 1290
2600 Merriam Lane
Kansas City KS 66106

Local Union 579
PO Box 909500
Kansas City MO 84190

Local Union 663
PO Box 909500
Kansas City MO 84190

Logan Contractors Supply
1325 S Enterprise Dr
Olathe KS 66061


M&T Equipment
aka Peoples United Eq Fin
PO Box 203
Brattleboro VT 05302


MFA Oil
PO BOX 843784
Kansas City MO 64184


Midwest Erosion Management
3602 Pear St
St Joseph MO 64503


Missouri Dept of Revenue
ATTN: Bankruptcy Unit
PO Box 475
Jefferson City MO 65105-0475


Myers CPA
1707 E 123rd Terrace
Olathe KS 66061


Newtek Small Business Finance/SBA
981 Marcus Avenue
Suite 130
Lake Success NY 11042


Nodaway Bank
Cook Road
POBox 7315
4001 N Belt Hwy
Saint Joseph MO 64506


Nodaway Valley Bank
4001 N Belt Highway
St Joseph MO 64506


Old Castle Infrastructure
7000 Central Parkway
Suite 800
Atlanta GA 30328

Pawnee Leasing Corp
c/o Providence Capital Funding, Inc.
3070 Saturn St. Suite 100
Brea CA 92821


Penny's Concrete
23400 W 82nd Street
Shawnee Mission KS 66227


ProServ
3920 Pettis Rd
Saint Joseph MO 64503


Proserve
3920 Pettis Rd
Saint Joseph MO 64503


Providence Capital Funding, Inc.
3070 Saturn St. Suite 100
Brea CA 92821


Providence Capital Funding, Inc.
3070 Saturn St., Suite 100
Brea CA 92821


Pursell Holdings, LLC
300 N Church Rd
Liberty MO 64068


R&B Trucking
8100 Blue Parkway Drive
Kansas City MO 64133


Rapid Finance
4500 East West Highway
6th Floor
Bethesda MD 20814


Rapid Ruling
1410 Northern Blvd. #1008
Manhasset NY 11030


Roy Kagarice
3317 Penn St
Saint Joseph MO 64507

Schildberg Construction Company
PO Box 358
Greenfield IA 50849


Small Business Admin
1000 Walnut, Ste. 500
Kansas City MO 64106


Small Business Administration
Disaster Assist/Proc & Disb
14925 Kingsport Road
Fort Worth TX 76155


Small Business Administration
POBox 3918
Portland OR 97208-3918


Small Business Administration
1545 Hawkins Blvd, Ste 202
El Paso TX 79925-2652


The Central Trust Bank
dba Central Bank Midwest
2400 NW Prairie View Rd
Platte City MO 64079


The Central Trust Bank
PO Box 1400
Lees Summit MO 64063


The Central Trust Bank
Smithville South
1603 S. 169 Highway
Smithville MO 64089


The GW Van Keppel Company
PO Box 879515
Kansas City MO 64187-9515


US Attorney
US Courthouse
400 E 9th   5th Fl
Kansas City MO 64106

WCI, Inc
25606 Old KC Rd, Ste C
Paola KS 66071


Wilson McShane
PO Box 909500
Kansas City MO 64190


Wilson-McShane Corp
12200 N Ambassador Dr
Ste 400
Kansas City MO 64163

## United States Bankruptcy Court
### Western District of Missouri

In re   JLK Construction, LLC

Debtor(s)

Case No.

Chapter   11

## <u>VERIFICATION OF MAILING MATRIX</u>

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:   February 12, 2023

/s/ Jesse L. Kagarice

Jesse L. Kagarice/Managing Member
Signer/Title

**Fill in this information to identify the case:**

Debtor name    JLK Construction, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 12, 2023      **X** /s/ Jesse L. Kagarice
_____
Signature of individual signing on behalf of debtor

Jesse L. Kagarice
_____
Printed name

Managing Member
_____
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | JLK Construction, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fundamental Capital 100 Garden City Plaza Suite 410 Garden City, NY 11530 | | Hard money lender | | | | $481,624.18 |
| Foley Equipment 1550 S West Street Wichita, KS 67213 | | Equipment rentals | | | | $326,322.20 |
| WCI, Inc 25606 Old KC Rd, Ste C Paola, KS 66071 | | Vendor, supplies for jobs | | | | $157,055.59 |
| Arnold William Gerber 5009 N 145th Street Basehor, KS 66007 | | Working Capital | | | | $145,000.00 |
| Kansas City Winwater Co. 3939 A NE 33rd Terrace Kanasas City, MO 64117 | | Vendor, materials. | | | | $134,480.40 |
| Alva Advance 300 Arthur Godfrey Road Suite 201A Miami Beach, FL 33140 | | Hard Money Lender | | | | $120,336.00 |
| MFA Oil PO BOX 843784 Kansas City, MO 64184 | | fuel account | | | | $82,619.80 |
| Nodaway Valley Bank 4001 N Belt Highway St Joseph, MO 64506 | | line of credit | | $79,000.00 | $0.00 | $79,000.00 |

| Debtor | JLK Construction, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The GW Van Keppel Company PO Box 879515 Kansas City, MO 64187-9515 | | Vendor: equipment rental/trench boxes | Disputed | | | $72,474.76 |
| Alva Advance 300 Arthur Godfrey Road Suite 201A Miami Beach, FL 33140 | | Hard Money Lender | | | | $71,514.00 |
| EIN CAP Add On 40 Wall Street Suite 2304 New York, NY 10005 | | Hard Money Lender | | | | $57,575.00 |
| Rapid Finance 4500 East West Highway 6th Floor Bethesda, MD 20814 | | Hard Money Lender | | | | $54,819.94 |
| Everest Business Funding 5 West 37th Street Ste 1100 New York, NY 10018 | | Revenue Based Financing Agmt | | | | $53,407.77 |
| 4K Hauling, LLC 12603 NE 135th Terrace Kearney, MO 63060 | | Working Capital | | | | $50,000.00 |
| EIN CAP 40 Wall Street Suite 2304 New York, NY 10005 | | Hard Money Lender | | | | $46,080.00 |
| American Express 200 Vesey St. New York, NY 10285 | | credit card | | | | $40,980.78 |
| Collins and Hermann 1215 Dunn Road PO Box 38901-0901 St Louis, MO 63138 | | contract work including project 22-21-4910JL | | | | $33,980.00 |
| Schildberg Construction Company PO Box 358 Greenfield, IA 50849 | | Vendor, materials | | | | $32,403.45 |
| Pursell Holdings, LLC 300 N Church Rd Liberty, MO 64068 | | Equipment rental. | | | | $26,124.00 |

Debtor    JLK Construction, LLC
_____    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Central Bank Bankcard Services P.O. Box 8100 Jefferson City, MO 65102 | | Company Credit Card | | | | $24,288.95 |

# United States Bankruptcy Court
## Western District of Missouri

In re   JLK Construction, LLC _____   Case No. _____

                               Debtor(s)   Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Jesse Kagarice<br>PO Box 8820<br>Saint Joseph, MO 64505 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   February 12, 2023 _____   Signature   /s/ Jesse L. Kagarice _____
                                                              Jesse L. Kagarice

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

| Fill in this information to identify the case: |
|---|
| Debtor name    JLK Construction, LLC |
| United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

<span style="background:black;color:white">Part 1:</span>   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*...........................................................................    $        220,000.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.......................................................................    $      5,245,012.13

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.........................................................................    $      5,465,012.13

<span style="background:black;color:white">Part 2:</span>   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      5,855,645.50

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $        300,418.20

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      2,192,389.63

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b                                                                                  $      8,348,453.33

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    JLK Construction, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bison State Bank | Business Checking | 0096 | $47,133.86 |
| 3.2. | Central Bank of the Midwest | Business Checking | 3943 | $1,036.89 |

4.   **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | Merchant Credit Card Account. Some customers pay invoices by credit card. There is typically a 24 hour period when the money is in transit to the credit card processor. During the transit period, the Debtor does not access these funds. | | $0.00 |

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $48,170.75 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

Debtor    JLK Construction, LLC                                          Case number *(If known)*
_____
Name

7.1. Surety Bond (aka Performance Bond) for City of St Joseph MO construction work. Work not yet closed out.                                                                   $0.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                          $0.00
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:          589,755.66    -              0.00   = ....        $589,755.66
                              face amount                doubtful or uncollectible accounts

11b. Over 90 days old:              52,588.09    -              0.00   =....         $52,588.09
                              face amount                doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                   $642,343.75
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

Debtor    JLK Construction, LLC                                    Case number *(If known)* _____
_____
          Name

| | | | | |
|---|---|---|---|---|
| In normal course of business, the Debtor orders materials for jobs. At completion of job, any excess materials are returned for credit or are moved to Debtor's yard for future use. (see attached list named: "Sch B 22.___ Reusable Material Inventory") | 01/20/2023 | $0.00 | Debtor's Opinion | $17,523.98 |
| Small Tools, see attached list named "Sch B 22.___ Inventory, Small Tools" | 1/16/2023 | $0.00 | Debtor's Opinion | $226,203.73 |

23.    **Total of Part 5.**                                                      | $243,727.71 |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** Office furniture and supplies. See attached list named "Inventory Office Furniture and Supplies" | $0.00 | Debtor's Opinion | $2,788.99 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** LEASED: Office computer system. | $0.00 | | $0.00 |

| Debtor | JLK Construction, LLC | Case number *(If known)* | |
|--------|----------------------|--------------------------|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$2,788.99

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2022 Pitts LB55-22DC, lowboy trailer<br>VIN 5JYLB5531NPP23623<br>(The Central Trust Bank) | $0.00 | Debtor's Opinion | $70,000.00 |
| 47.2.  2007 Kenworth W900 Road Tractor<br>VIN 1XKWPBEX87J173720 | $0.00 | Debtor's Opinion | $80,000.00 |
| 47.3.  2009 Kenworth T800 Tractor<br>VIN 1XKDDB0XX9J938081<br>Certificate of Title f/c | $0.00 | Debtor's Opinion | $80,000.00 |
| 47.4.  2003 Haulmark Enclosed Trailer, VIN<br>16HGB24263H107G95 | $0.00 | Debtor's Opinion | $7,500.00 |
| 47.5.  2021 Rettig Trailer, VIN<br>4JMNT1210MS009387 | $0.00 | Debtor's Opinion | $2,400.00 |
| 47.6.  2021 Load Trail Trailer, VIN<br>4ZECH2225N12446555 | $0.00 | Debtor's Opinion | $6,500.00 |
| 47.7.  2022 Big Tex Trailer, VIN<br>16V1C2723N2146150 | $0.00 | Debtor's Opinion | $7,500.00 |
| 47.8.  2011 Ford F750 Mechanics Truck, VIN<br>3FRWF7FCXBV551990 | $0.00 | Debtor's Opinion | $38,500.00 |

| Debtor | JLK Construction, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 47.9. | 1996 Ford Pick Up | $0.00 | Debtor's Opinion | $1,500.00 |
|---|---|---|---|---|
| 47.10. | 2006 Ford F350 | $0.00 | Debtor's Opinion | $2,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| LEASED: 2014 580 Steiger Tractor SN#: ZDF301603 ( # 20220602/2022060512) (Providence) | $0.00 | Debtor's Opinion | $0.00 |
| LEASED: 2011 CaseIH-S400W PS tractor, SN# ZBF125988 (202103092021031655) (Providence) | $0.00 | Debtor's Opinion | $0.00 |
| LEASED: Caterpillar CS56B, Air cond Cab//Leveling Blade Serial No S5600207 | $0.00 | | $0.00 |
| LEASED: 2022 Caterpillar 306-07CR Hydraulic Excavator. Serial No 306-07CR-6G604817 | $0.00 | | $0.00 |
| Small tools and small equipment. See attached list. | $0.00 | Replacement | $226,203.73 |
| LEASED: Rollers/Compactors S5600207 2016 Cat CB56B single drum padfoot ( 001-70051052) | $0.00 | Debtor's Opinion | $0.00 |
| See Attached: Schedule B #50__ - NewTek's Security Interest Equipment Pursuant to NewTek UCC-1 20220331002076682, Filing Date 3/31/2022 and NewTek's Security Agreement dated 3/31/2022. (2 pages) | $0.00 | Debtor's Opinion | $3,606,888.00 |
| LEASED: 2016 Caterpillar  CB56B single drum padfoot SN S5600207 | $0.00 | Debtor's Opinion | $160,000.00 |
| Hydraulic Rotate Tree Shear | $0.00 | Debtor's Opinion | $5,500.00 |
| Red Guard Storage Container | $0.00 | Debtor's Opinion | $6,000.00 |
| Pallet Fork Fixed Tine | $0.00 | Debtor's Opinion | $1,500.00 |

Debtor  JLK Construction, LLC
_____     Case number *(If known)* _____
        Name

51.    **Total of Part 8.**                                                    | $4,302,491.73 |

       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 102 S. 8th Street, Elwood KS 66024. 9.58 acres raw land with a 5,000 sq ft metal machine shed building which is currently empty. Recently rezoned to residential. | Fee simple | $0.00 | Real Estate Agnt | $220,000.00 |

56.    **Total of Part 9.**                                                    | $220,000.00 |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor   JLK Construction, LLC                                     Case number *(If known)* _____
_____
          *Name*

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>Waiting for insurance reimbursement of stolen Trailer 2021 LDTL VIN ending 6102, see Form 207 SFA #10. | $5,489.20 |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $5,489.20 |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    JLK Construction, LLC                                          Case number *(If known)*
_____
          *Name*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $48,170.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $642,343.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $243,727.71 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,788.99 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,302,491.73 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $220,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,489.20 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,245,012.13 | + 91b.  $220,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,465,012.13 |

---

**JLK Construction, LLC**          **Schedule B – Inventory, Small Tools**          **Page 1** of 10

- Flashing light bar - $100.00
- 1 100 gal fuel tank and electric pump - $800.00
- 1 across bed tool box - $200.00
- 1 side bed tool box - $300.00
- 1 3 point hitch for tractor to put receiver hitch - $100.00
- 1 12" x 11" plastic culvert pipe - $350
- 1 across bed weather alum tool box - $500.00
- 1 craftsman tool box - $550
- 1 shop fan - $150.00
- 1 4 ton floor jack - $200.00
- 1 metal port oil drain pane pump - $300.00
- 1 square shovel - $15.00
- 1 125,000 btu port shop heater - $200.00
- 1 round point shovel - $15.00
- 1 4' x 2' ¾" metal plate - $450
- 1 shop broom - $25.00
- 1 various lot 1" concrete blt's - $150
- 1 ten foot fiber glass step ladder - $150.00
- 2 square point shovel - $25.00
- 1 rake - $20.00
- 1 pry bar – $5.00
- 1 clevis - $12.00
- Various concrete tool's 1 flute 1 margin trile - $75.00
- 1 first aid kit - $10.00
- 48 18" form pins- $6.00 a piece
- 217 24" form pins - $8.00 a piece
- 135 30" form pins - $130.00 for a pack of 10
- 72 36" form pins - $15.38 a piece
- 56 coated 30" rebar - $560
- 22 16' 2"x6" boards - $11.00 a piece
- 28 10' 2"x6" boards - $6.00 a piece
- 4 8' 2"x8" boards - $9.00 a piece
- 17 12' 1"x6" boards - $13.00 a piece
- 11 16' 1"x4" fiber boards - $25.00 a piece
- 14 16' 1"x8" fiber boards - $50.00 a piece
- 1 16 long 10" wide concrete chute - $200
- 11 4' tall traffic cones - $550
- 4 2' tall traffic cones - $100
- 2 portable construction signs - $700
- 1 construction sign easel - $225
- 1 roll orange safety fence - $30.00

**JLK Construction, LLC**　　　　**Schedule B – Inventory, Small Tools**　　　　**Page 2** of 10

- 18 insulated concrete construction tarps - $70.00
- 3 13' rolls plastic mesh - $375
- 38 pieces of 5/8 rebar 20' long - $26.00 a piece
- 1 10" x 11" long plastic pipe - $225
- 25' roll of 8" plastic pipe - $50
- 1 plastic tote of 6" connectors plastic - $500
- 9 12" plastic pipe connectors - $900
- 4 8" plastic pipe connectors - $875
- 1 new 710 70R42 tractor tire - $2500
- 13 710 7OR42 use tractor tires (spare) - $13000
- 2 8' long 12" concrete pipe - $1000
- 2 8' long 15" concrete pipe -$1250
- 3 14' long 10" san sewer pipe - $325
- 2 20' long 12" plastic drain pipe - $250
- 7 14' long 6" san sewer pipe - $550
- 16 ½ long 6" san sewer pipe - $125
- 7 4 ½ long by 15' long concrete rebar mats  - $450
- 1 Husqvarna F5 400 walk behind concrete saw - $3,000
- 1 Stihl 420 concrete quickie saw - $1,200.00
- 1 wacker viber plate - $2500
- 1 RIDGID shop vac - $80.00
- 1 bull float with 3 8' long handles - $300
- 1 roll rebar tie wire $25
- 3 hard hats - $300
- 1 Milwaukee 18 volt portable vac - $180.00
- 1 5gal water can - $30.00
- 1 road work ahead portable sign - $350
- 1 push shop broom - $20.00
- 1 2 ½ gallon gas can - $30.00
- 1 Bosch hammer drill and bit's - $600.00
- 1 predator 4375 generator - $480.00
- 6 2' tall traffic cones - $150
- 1 dispensing tool for adhesives - $145
- 1 box ear plugs - $10.00
- 1 16oz hammer - $10.00
- 4 small 2' traffic cones - $100
- 1 RL4HC top con spinning laser - $900.00
- 1 horse sweep broom - $50.00
- 1 6' long level - $7.00
- 1 box of adhesives - $144
- 1 concrete chute cleaning tool - $40.00

**JLK Construction, LLC**          **Schedule B – Inventory, Small Tools**          **Page 3** of 10

- 1 form oil spray can - $110
- 1 Milwaukee portable concrete vibrator - $450.00
- 2 8 pound sledge hammers - $25.00 a piece
- Various concrete saw blade - $225
- 1 4' wide concrete texture tool - $350
- 1 walking measure tool - $50.00
- 1 box of spec poxy - $175
- Bucket of concrete brushes - $75
- 1 Milwaukee drill - $140.00
- 1 road working sign portable$350
- 2 10 pound box of nails - $30.00
- 1 5gal plastic gas can - $11.00
- 1 step board for concrete - $50
- 1 step plate board for concrete - $25
- Cutting edge ext. for 12 blade - $350
- 2 4" suction hoses for water pump $100
- 1 insulated concrete blanket $75
- 1 6" suction hose screen $25
- 2 wooden sawhorses - $34.00 a piece
- 1 Milwaukee charger - $70.00
- 1 cutting top for plasma cutter in bed - $100
- Hobart welder champion elite 225 - $4,445.00
- 4' alum step ladder - $50.00
- 1 6' long 4" channel iron - $200
- 2 cutting edge for scraper - $800
- 1 4' x 5' ½ plate - $300
- 1 Milwaukee portable light - $230.00
- 1 3/8 inch Milwaukee impact and battery - $380.00
- 1 3/8 inch Milwaukee driver - $200.00
- 1 small Milwaukee portable light - $125
- 1 Milwaukee drill - $140.00
- 1 ½ Milwaukee impact - $300.00
- 1 ½ Milwaukee ratchet - $200.00
- 1 Milwaukee small charger - $125
- 1 Milwaukee multi charger 4 batteries - $100.00
- 1 box snap ring set $45
- 1 Milwaukee SAE 1/2 " impact socket's - $225
- 1 Milwaukee metric ½ impact socket's - $200
- 1 Milwaukee drill bit set - $32.00
- 1 Norseman drill bit set - $50
- 1 Fastenal drill bit set - $50

**JLK Construction, LLC**          **Schedule B – Inventory, Small Tools**          **Page 4** of 10

- 1 gear puller - $75
- Various set of allen wrenches - $25
- 1 tire gauge - $5.00
- pack of gasket sealers - $65
- 1 lot of metric sae 3/8" wobble socket's - $125
- 1 lot of icon pic's - $35
- 1 lot of quinn and Milwaukee screw drivers – Quinn: $5.00 for a 2 pack, Milwaukee: $15.00 for a 2 pack
- 1 lot of Milwaukee nut drivers - $50.00
- 1 9 pc Pittsburgh ½" drive star point sockets - $12.00
- 1 9 pc Pittsburgh 3/8 and ½" drive hex bit sockets - $15.00
- 1 8 pc Pittsburgh ⅓ drive impact star socket - $7.99
- 1 9 pc Pittsburgh 3/8 and ½" hex bit socket - $15.00
- 1 9 pc Pittsburgh ¼ and ½" star point socket set - $10.00
- 1 8 pc Pittsburgh ½" drive impact hex driver set - $12.00
- 1 13 pc Pittsburgh ½" drive sae socket set - $30.00
- 1 lot of icon ½ and 3/8" ext - $40.00
- 1 lot of plier's and vice crips $50
- 5 piece set Milwaukee 15 to 19 mm wrenches - $145
- 7 piece set Milwaukee 8 to 14 mm wrenches - $75.00
- 5 piece set icom bent mm box in wrenches - $125
- 3 piece set Milwaukee ¾" to 5/8" wrench set -$225
- 6 piece set Milwaukee 5/16 to 9/16" wrench set - $200
- 4 piece set Milwaukee 13/16 to 1" wrench set - $200
- 3 piece set Milwaukee 20 to 22 mm wrench set - $200
- 4 piece set icon bent set ½" to 13/16 set wrenches $200
- 15 piece set Milwaukee ¼" to 1" set wrenches $500
- 15 piece set Milwaukee 8mm to 22mm wrench set $500
- 1 18" Milwaukee pry bar $125
- 1 10" Milwaukee crescent wrench $75
- 1 15" Milwaukee crescent $50
- 1 18" crescent wrench $50
- 1 icon ½" 24" long break over bar $100
- 1 icon 3/8" 12" racket - $43.00
- 1 channel lock oil filter wrench - $23.00
- 1 Milwaukee 18" bolt cutters - $50.00
- 3 Milwaukee different size pry bars - $70.00
- 1 18" Milwaukee pipe wrench - $240.00
- 1 18" Pittsburgh needle nose pliers - $26.00
- 1 Milwaukee 3 pound hammer - $20.00
- 19 piece set 1" to 2 1/4 Milwaukee impact set - $160.00

**JLK Construction, LLC**          Schedule B – Inventory, Small Tools          **Page 5** of 10

- 20 piece set 1" 33mm to 70mm Milwaukee impact set - $199.00
- 6 piece set 1 3/8" to 2" Pittsburgh wrench set - $70.00
- 6 piece set 50mm to 35mm Pittsburgh wrench set - $65.00
- 1 lot zip ties - $7.00
- 1 20 piece jumbo set 3/4" socket set - $80.00
- 3 gallons coolant - $80.00
- Box shop rags - $20.00
- 10 tubes mystik grease - $13.00 a piece
- 1 plastic funnel - $4.00
- 1 box pen oil and glass cleaner - $15
- 1 set jumper cables - $20.00
- 1 12 volt 24 volt jumper box - $600
- 1 box of 4 O ring set - $100
- 1 lot ear plugs - $25.00
- 1 lot dust masks - $22.00
- 1 electric wire tester - $35
- 1 lb of 10x1 hex head with washer - $16.00
- 1 lot hose clamps - $6.00
- 1 lot of wire connectors - $25
- 12 hyd hoe ends - $250
- 100 XL disposable gloves - $20.00
- 2 wire brush cleaners - $3.00 a piece
- 1 air chisel and bit's -$400
- 100 medium duty disposable gloves - $15
- 1 lot fuses - $15
- 1 lot grease fitting - $10
- 1 lot power phases sealed crimp connectors - $12
- 1 volt meter - $50.00
- 1 6 lb sledge hammer - $50.00
- 1 12 lb sledge hammer - $60.00
- 1 12 to airove hyd Pittsburgh jack - $125
- 1 4' prybar - $55
- 1 Milwaukee 18 volt portable cut off saw - $800
- 1 tube 7018 welding rod's - $39.99
- 1 set welding gloves - $24.99
- 1 self darkening welding helmet - $40.00
- 1 corded Milwaukee grinder - $130.00
- 1 heavy duty 50' ext cord - $35.00
- Partial can welding rod's ¼ full - $29.99
- Cutting torch outfit with bottles and hoses - $410.00
- 4' level - $17.95

**JLK Construction, LLC**          **Schedule B – Inventory, Small Tools**          **Page 6** of 10

- 19 piece ½ drive Milwaukee socket set - $160.00
- New ¼" die grinder Milwaukee kit - $320.00
- Milwaukee packout kit with bit for screws - $70.00
- 1 Milwaukee 18 volt portable band saw - $350.00
- 1 Milwaukee carry portable vacuum - $150.00
- 1 Milwaukee 18 volt shop light - $250.00
- 5 1" drive socket's 7/8 46mm 58mm 67mm 55mm - $199.99
- 2 20' ¾" wide nylon straps - $30.00


- 1 white man gas powered concrete power trowel - $899.99
- 4 18" ford truck rims - $1,200.00
- 1 cure spray can - $35.00
- 1 portable air bubble -$79.95
- 1 1" water pump - $299.99
- 1 bull float - $100.00
- 1 Husqvarna F5424 walk behind concrete saw - $19,535.00
- 1 set 4 way chain spreader's - $1,452.00
- 1 large hoe clevis - $165.00
- 25' 4" discharge hose -$149.00
- 1 24' grade rod - $328.00
- 1 johnson spinning laser -$199.00
- 1 20lb tube leak stopper - $20.00
- 1 box red oil base sweep - $40.00
- 1 roll block plastic - $20.00
- 1 dodge wheel and tire new - $200.00
- 1 vibra plate - $758.99
- 1 2" preadator 2" pump - $290.00
- 2 25' 2" discharge hoses - $48.00 a piece
- 25 lbs box 1-14" 8 GA drywall screw 5' - $20.00
- 1 truck inside bed tool box - $140.00
- 1 2 ½ lb fire ext- $50.00
- 1 port DeWalt table saw - $438.00
- 1 set 36" bolt cutters - $30.00
- 1 new long handled spade $45
- 1 set post hole diggers $75
- 10 portable construction signs - $1,700
- 2 do not enter signs on esals - $200.00
- 3 hand held slow stop signs - $20.00 a piece
- 2 100' water hose small - $327.00
- 2 office chairs - $50.00 a piece

**JLK Construction, LLC**              **Schedule B – Inventory, Small Tools**              **Page 7** of 10

- 1 Stihl weed eater - $514.00
- 4 very heavy duty tow straps - $16.69 each
- 2 rolls white plastic sheeting - $167.00 a piece
- 1 box Loctite - $8.00
- 1 nikcon NE 100 transit - $849.00
- 1 Milwaukee 18 volt Sawzall  $140.00
- 1 top colt Rt 55A spinning laser - $745.00
- 1 25' 1" discharge hose - $28.00
- 1 25' 1" suction hose - $106.00
- 2 box red triangle warning -24.95/each
- 1 2 1/2lb fire ext - $57.00
- 1 box kent starting fuel – 96.00
- 1 Milwaukee portable propane heater - $159
- 1 box of 20 american locks - $100
- 1 20lb propane bottle - $60.00
- 1 propane cooker -  $40.00
- 1 lot of 4 safety vest - $25/each
- 1 rubber oil filter wrench - $20.00
- 1 Viking mech creeper - $130.00
- 5 long handled round point shovels - $10.00 a piece
- 1 long handled square shovels - $15.00
- 2 long handled come alongs - $62.00 each
- 3 25' grade rod's - $769.00 each
- 2 4' levels - $35.00 each
- 2 shop push brooms - $23.00 a piece
- 1 post driver - $150.00
- 2 25' chains - $46.99 each
- 1 boomer - $38.99
- 1 8 pd sledge - $35.00
- 1 4' pry bar - $54.99
- 2 tri pod legs - $108.00 each
- 1 box 16" fiber blades - $245.00
- 1 Stihl 760 quickie saw - $475.00
- 2 Milwaukee 18 volt grease guns - $230.00
- 1 Milwaukee charger - $725.00
- 1 Milwaukee ½" impact - $316.00
- 1 Milwaukee ½" hammer drill – $200.00
- 1 Milwaukee 6 ½" circle saw - $130.00
- 1 Milwaukee work light - $250.00
- 1 Milwaukee ¼" drill - $199.00
- 1 Milwaukee Sawzall - $140.00

**JLK Construction, LLC**          **Schedule B – Inventory, Small Tools**

- 1 Milwaukee packout with bits - $35.00
- 1 Milwaukee impact driver - $407.00
- 1 Milwaukee 4" grinder - $295.00
- 5 Milwaukee 18 volt batteries - $119.00 each
- 1 metal 5gal gas can - $50.00
- 1 metal 2 ½ gal gas can - $35.00
- 1 heavy duty 50 ext cord - $40.00
- 1 30 lb nails - $26.98
- 2 5 gal bucket of concrete cure - $74.00
- 1 red dot top con pipe layer TPL5 - $3,678.00
- 1 pro transit - $189.00
- 1 top con RLH43 spinning laser - $649.99
- 1 spectra spinning laser  - $1,560.00
- 1 trimble GPA base and hand held unit and tri pod legs - $40,000.00
- 1 trimble unit for GPS dozer and tri pod legs - $56,000.00
- 3 escape ladder - $255.00 each
- 1 transit box stand - $45.00
- 1 pipe laser Topcon stand - $65.00
- 1 small portable spryer - $35.00
- 1 50 person first aid kit - $60.00
- 1 small socket set - $200.00
- 3 100' tape - $56.00 each
- 1 box misc concrete tools - $1,678.00
- 30' Gardner hose - $35.00
- 1" 25' hose discharge - $28.00
- 2 25' 2" discharge hose - $40.00
- 1 1" suction hose - $63.00
- 1 4" suction hose - $84.00
- 1 4" waterpump - $1,678.00
- 1 16oz hammer - $27.00
- 2 20 ton swivel hooks - $935.00 each
- 1 4 way pipe spreaders chain - $1,495.00
- 2 20 ton clevis - $200.00
- 2 10 ton clevis - $65.00
- 3 12' pipe cables - $225.00 each
- 1 12' 5/8" pipe cable - $125.00 each
- 20 cat filters - $75.00 each
- 3 spade shovel's - $30.00 a piece
- 2 square point shovel's  - $15.00 a piece
- 2 come alongs - $45.00 each
- 2 spade shovel's - $30.00 a piece

**JLK Construction, LLC**             **Schedule B – Inventory, Small Tools**

- 1 Milwaukee roller measure tape - $50.00
- 2 4' levels - $49.00 each
- 100 16' 2x4 - $10.00 each
- 24 4x8 concrete forms - $125.00
- 500 wall clamps - $2.00 a piece
- 14 tongue bucket's - $50.00 a piece
- 1 18 volt Milwaukee transfer pump - $230.00
- 1 18 volt Milwaukee grease pump - $230.00
- 1 Stihl chain 18" saw - $400.00
- Tool box/transfer tank combo with pump, hose, nozzle - $229.00
- 2 TSC rectangle tool boxes -$200.00
- Spectra dual sloping rotating laser with tripod and 2 grade rods - $1,525.00
- Magnetic bar for self grading laser receiver - $1,608.00
- 18v Sawzall - $140.00
- 18v grinder - $140.00
- 18v drill - $140.00
- 18v 1" impact - $1,106.00
- 18v ½" impact - $300.00
- 18v ¼ impact - $150.00
- 18v grease gun - $230.00
- 18v leaf blower - $179.00
- Charger with 2.50 m18's, 2 2.0 m18's, 2 m12's - $299.00
- 12v compressor - $130.00
- 12v torque impact - $235.00
- 18v flashlight - $99.00
- 18v skill saw -  $300.00
- Assorted bit set - $73.00
- Hole saw bit set - $95.00
- Kobalt hot dog compressor - $140.00
- Rd pt shovel, spade, push broom - $125.00
- 12 volt battery charger - $69.95
- Jupiter power inverter - $170.00
- Standard wrench set, metric wrench set, ½" drive socket set - $96.00
- Standard and metric 1" drive impact socket sets - $199.00
- Cat O ring kit - $113.00
- Assorted grease zert kit - $13.00
- A/C gauges - $83.00
- 12/24V jump pack - $300.00
- Large chalk box - $26.00
- 12V blinky light bar - $103.00

**JLK Construction, LLC**          **Schedule B – Inventory, Small Tools**          **Page 10** of 10

- 2 ratchet straps, 1 chain, 1 boomer – ratchet straps: $45.00 a piece, chain: $35.00, boomer: $35.00

**Total for everything on all 9 pages $226,203.73**

**JLK Constrution**                    **Schedule B - Inventory**         Page 1 of 1
**Reusable material inventory**
 **1/20/2023**
**Description**                                              **Fair Market Value**

| Description | Fair Market Value |
|---|---|
| 12" x 11" plastic culvert pipe | $350.00 |
| 4' x 2' ¾" metal plate | $450.00 |
| various lot 1" concrete blt's | $150.00 |
| 48- 18" form pins-$6 a piece | $288.00 |
| 217 24" form pins - $8.00 a piece | $1,736.00 |
| 135 30" form pins - $130.00 for a pack of 10 | $1,755.00 |
| 72 36" form pins - $15.38 a piece | $1,080.00 |
| 56 coated 30" rebar | $560.00 |
| 22 16' 2"x6" boards - $11.00 a piece | $242.00 |
| 14 16' 1"x8" fiber boards - $50.00 a piece | $700.00 |
| 3 13' rolls plastic mesh | $375.00 |
| 38 pieces of 5/8 rebar 20' long - $26.00 a piece | $988.00 |
| 10" x 11" long plastic pipe | $225.00 |
| 25' roll of 8" plastic pipe | $50.00 |
| 1 plastic tote of 6" connectors plastic | $500.00 |
| 9 12" plastic pipe connectors | $900.00 |
| 4 8" plastic pipe connectors | $875.00 |
| 2 8' long 12" concrete pipe | $1,000.00 |
| 2 8' long 15" concrete pipe | $1,250.00 |
| 3 14' long 10" san sewer pipe | $325.00 |
| 2 20' long 12" plastic drain pipe | $250.00 |
| 7 14' long 6" san sewer pipe | $550.00 |
| 16 ½ long 6" san sewer pipe | $125.00 |
| 7 4 ½ long by 15' long concrete rebar mats | $450.00 |
| • 1 roll rebar tie wire $25 | $25.00 |
| • 1 box of adhesives - $144 | $144.00 |
| • 1 box of spec poxy - $175 | $175.00 |
| • 2 10 pound box of nails - $30.00 | $30.00 |
| • 1 20lb tube leak stopper - $20.00 | $20.00 |
| • 25 lbs box 1-14" 8 GA drywall screw 5' - $20.00 | $20.00 |
| • 1 30 lb nails - $26.98 | $26.98 |
| • 2 5 gal bucket of concrete cure - $74.00 | $74.00 |
| • 100 16' 2x4 - $10.00 each | $10.00 |
| • 24 4x8 concrete forms - $125.00 | $125.00 |
| • 500 wall clamps - $2.00 a piece | $1,000.00 |
| • 14 tongue bucket's - $50.00 a piece | $700.00 |

total Value of reusable materails         **$17,523.98**

JLK Construction, LLC
Chapter 11

## Schedule B #50 - NewTek Collateral

### Pursuant to NewTek UCC-1 Filing # 2215, Filing Date 3/11/2022

The reason for this attachment is to clarify the Debtor's belief at present as to the priority of lender NewTek's lien on the equipment items listed here. Schedule B #50 includes all items on this 2 page list. Each is specified in NewTek's recorded UCC-1 or in the NewTek loan document dated 3/31/2022.

**Items specified in NewTek UCC-1 number 2215**

| Equipment Type | Serial Number | Description | Fair Market Value* | UCC or NTLD |
|---|---|---|---|---|
| Dozer | AKM01621 | 2006 CAT D6N Dozer | $90,000.00 | UCC-1 |
| Excavator | 501611 | 2011 JD 225D LC | $150,000.00 | UCC-1 |
| Excavator | MBX00355 | 2016 Caterpillar 330 Hydraulic Excavator | $175,000.00 | UCC-1 |
| Excavator | LHW00945 | 2019 Caterpillar Model 330-0710X | $280,000.00 | UCC-1 |
| GPS Equipment | 0482J066YU | Model EC520- Electronic controller, core bundle, module bundle | $1,000.00 | UCC-1 |
| GPS Equipment | 0412J548SY | Model MS995 receiver, combo | $36,000.00 | UCC-1 |
| GPS Equipment | 3091J048SQ | Model SNR930 radio on machine | $2,900.00 | UCC-1 |
| GPS Equipment | 6117F00490 | Model sps900K-kit base option combo | $13,299.00 | UCC-1 |
| GPS Equipment | 613F00268 | Model sps900k-kit base option combo | $13,299.00 | UCC-1 |
| GPS Equipment | UNN00785-1 | Model TD520-touch display | $5,200.00 | UCC-1 |
| GPS Equipment | DAD213700529 | Model TSC7-trimble controller, siteworks | $4,595.00 | UCC-1 |
| GPS Equipment | DAD213800443 | Model TSC7-trimble controller, siteworks | $4,595.00 | UCC-1 |
| Loader | LBP00163 | 2007 CAT 953D | $140,000.00 | UCC-1 |
| Loader | LCS01406 | 2010 Caterpillar Model 963D | $150,000.00 | UCC-1 |
| Rollers/Compactors | MHC09752 | Cat Model CB54 sheepsfoot roller | $170,000.00 | UCC-1 |
| Scraper Pans | 26280 | 2022 Ashland J Scraper Model 2411E | $193,000.00 | UCC-1 |
| Scraper Pans | 26314 | 2022 Ashland J Scraper Model 2411E | $193,000.00 | UCC-1 |
| Scraper Pans | 26011 | 2022 Ashland J Scraper Model 3013E | $225,000.00 | UCC-1 |
| Scraper Pans | 26012 | 2022 Ashland J Scraper Model 3013E | $225,000.00 | UCC-1 |
| Tractor | ZBF125722 | 2011 Case IH Tractor Steiger 600WS PS | $205,000.00 | UCC-1 |
| Tractor | ZDF139080 | 2022 Case IH Tractor Steiger 600WS PS | $205,000.00 | UCC-1 |
| Tractor | ZDF138882 | 2022 Case IH Tractor Steiger 600WS PS | $205,000.00 | UCC-1 |

this page TOTAL  $2,686,888.00

(The limitations of the bankruptcy software obscure the delineation between the debtor's assets and the creditors' claims making it difficult to identify which assets in Schedule B should be linked to which entity in Schedule D.)

**JLK Construction, LLC**
**Chapter 11**

## Schedule B #50 - NewTek Collateral
### Pursuant to NewTek UCC-1 Filing # 2215, Filing Date 3/11/2022

Newtek SchB 50

**Items Listed in Security Agreement dated 3/31/2022**

| Equipment Type | Serial Number | Description | Fair Market Value* | UCC or NT Loan Doc |
|---|---|---|---|---|
| | | | | |
| Blade | M9H00289 | 2013 Caterpillar Model 120M2AW | $185,000.00 | NTLD |
| Blade | F9M00152 | 12m Caterpiller motor grader | $150,000.00 | NTLD |
| Loader | R4A02696 | Caterpillar Wheel Loader, Model 950K | $210,000.00 | NTLD |
| Tractor | JCB0029457 | Case IH 9270 | $70,000.00 | NTLD |
| Tractor | ZCF133319 | Case IH tractor -Steiger 400 | $150,000.00 | NTLD |
| Tractor Dozer | RCW01369 | 2013 Caterpillar Crawler Tractor, Model D6T XW | $155,000.00 | NTLD |

this page TOTAL    $920,000.00

**TOTAL Fair Market Values\*  from both pages:**    **$3,606,888.00**

\* Fair Market Values are Debtor's Opinion

(The limitations of the bankruptcy software obscure the delineation between the debtor's assets and the creditors' claims making it difficult to identify which assets in Schedule B should be linked to which entity in Schedule D.)

JLK Construction LLC          Schedule B – Inventory Office Furniture and Supplies          Page **1** of **3**

<u>Jayme & Halle</u>

- 2 person desk - $247.99
- 2 desk chairs - $25.00 a piece
- 2 pencil organizers - $7.00 a piece
- 4 cubbies - $5.00 a piece
- 1 bin - $4.00
- 1 trash can - $5.00
- 1 shredder - $120.00
- 2 desk organizer shelves - $11.00 a piece
- 1 whiteboard - $10.00
- 2 stapler removers - $4.00 a piece
- 1 stapler - $5.00
- 2 whole punches (1 big, 1 small) – small: $5.00, big: $20.00
- 17 white 3 ring binders - $7.00 a piece
- 1 small file cabinet – $80.00
- 1 shelf - $10.00

**<u>$622.99 total</u>**

<u>Cindy</u>

- 1 bench - $100.00
- 1 comfy chair - $100.00
- 1 desk chair - $25.00
- 1 desk organizer - $13.00
- 1 pencil holder - $7.00
- 1 printer - $225.00
- 1 amazon echo– $35.00
- 1 stapler - $5.00
- 1 stapler remover - $4.00
- Paperclip organizer - $3.00
- 1 file cabinet - $ 80.00
- 1 small table - $20.00
- 1 trash can - $20.00
- 3 medium file cabinets - $25.00
- Black file cabinet - $50.00
- 1 fridge - $200.00
- 2 cabinet organizers – $4.00 a piece
- 1 ice machine – $50.00
- 1 microwave – $70.00
- 1 keurig – $50.00
- 1 small shelf - $20.00

JLK Construction LLC        Schedule B – Inventory Office Furniture and Supplies        Page **2** of **3**

- Cups, paperplates, plastic silverware - $12.00
- 2 heaters (1 big, 1 small) – big: $50.00, small: $20.00
- **Total$989**

Cole

- 1 desk/table - $150.00
- 1 desk chair - $25.00
- 1 desk organizer (big) - $15.00
- 2 pencil organizers - $7.00 a piece
- 1 trash can – $5.00
- 3 bins / organizers - $3.00 a piece
- 1 stapler - $5.00
- **$210 total**

Jesse

- 1 desk - $100.00
- 1 desk chair - $25.00
- 1 bench - $100.00
- 2 table chairs –  $20.00 a piece
- 1 pencil holder - $7.00
- 1 shredder - $120.00
- **$372 total**

Open Room

- 1 big table - $100.00
- 8 table chairs - $20.00 a piece
- Hats - $5.00
- Tshirts/Polos - $5.00
- 4 bins / organizers - $3.00 a piece
- Binders - $7.00 a piece
- Hole puncher - $20.00
- Ice machine - $50.00
- Air fryer - $50.00
- Keurig - $50.00
- Cups - $3.00
- 2 big trash cans - $20.00
- **$335 total**

JLK Construction LLC         Schedule B – Inventory Office Furniture and Supplies              Page **3** of **3**

More Items

- Ring doorbell - $60.00
- 2 solar cameras - $100.00 a piece
- **$260 total**

**Total for everything combined $2788.99**

**Fill in this information to identify the case:**

Debtor name     JLK Construction, LLC

United States Bankruptcy Court for the:     WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Caterpillar Financial Services**
Creditor's Name

PO Box 730681
Dallas, TX 75373-0681
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/23/2021
**Last 4 digits of account number**
9127
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Hydraulic Excavator, Model/Serial No 306-07CR-6G604817

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$84,076.23        $0.00

**2.2 CNH Industrial Accounts**
Creditor's Name

PO Box 71264
Philadelphia, PA 19176-6264
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3012
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Case International Tractor Case IH 9270, SN# JCB0029457
Same Loan as Sch D 2.3
(Arrears 4 months: $6,851.72)

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$54,138.12        $0.00

Debtor    JLK Construction, LLC
_____
Name

Case number (if known) _____

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | CNH Industrial Accounts | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Case IH 9270, SN#  JCB0029457
Same loan as above CNH Sch D 2.2

$54,138.12          $70,000.00

PO Box 71264
Philadelphia, PA 19176-6264
Creditor's mailing address

**Describe the lien**
Purchase Money
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
3012

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | M&T Equipment | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
UCC-1 20210120001913285 dated 1/25/2021
UCC-1 20210719000330552
for equipment listed therein re-purchased by
Newtek Small Business Finance's UUC-1
20220331002076682 dated 3/31/2022. No UCC3

$0.00          $0.00

aka Peoples United Eq Fin
PO Box 203
Brattleboro, VT 05302
Creditor's mailing address

**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
1/25/2021
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.5 | Newtek Small Business Finance/SBA | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$4,792,633.13          $3,606,888.00

---

Debtor    JLK Construction, LLC
_____
Name

Case number (if known) _____

---

Creditor's Name

981 Marcus Avenue
Suite 130
Lake Success, NY 11042
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
03/31/2022
**Last 4 digits of account number**
6095

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

See Attached: Schedule B #50__ - NewTek's Security Interest Equipment Pursuant to NewTek UCC-1 20220331002076682, Filing Date 3/31/2022 and NewTek's Security Agreement dated 3/31/2022. (2 pages)

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Nodaway Valley Bank | | | |

Creditor's Name

4001 N Belt Highway
St Joseph, MO 64506
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
07/26/2019
**Last 4 digits of account number**
0146

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Line of credit

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$79,000.00         $0.00

---

| 2.7 | Small Business Administration | | | |

Creditor's Name

Disaster Assist/Proc & Disb
14925 Kingsport Road
Fort Worth, TX 76155
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
05/18/20

**Describe debtor's property that is subject to a lien**
SBA Loan (5/18/2020 for $150,000, Disaster Loan 3.75%)

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$493,381.98        $0.00

---

Debtor JLK Construction, LLC
Name

Case number (if known)

**Last 4 digits of account number**
7401

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | The Central Trust Bank | | $58,738.72 | $80,000.00 |
|---|---|---|---|---|

Creditor's Name

dba Central Bank Midwest
2400 NW Prairie View Rd
Platte City, MO 64079
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
07/01/22

**Last 4 digits of account number**
7844,0950

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2007 Kenworth W900 Road Tractor
VIN 1XKWPBEX87J173720

**Describe the lien**
Money Purchase

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | The Central Trust Bank | | $119,769.60 | $80,000.00 |
|---|---|---|---|---|

Creditor's Name

dba Central Bank Midwest
2400 NW Prairie View Rd
Platte City, MO 64079
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7/1/2022

**Last 4 digits of account number**
2085

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2009 Kenworth T800 Tractor
VIN 1XKDDB0XX9J938081
Certificate of Title f/c

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | The Central Trust Bank | | $119,769.60 | $70,000.00 |
|---|---|---|---|---|

Creditor's Name

dba Central Bank Midwest
2400 NW Prairie View Rd
Platte City, MO 64079

**Describe debtor's property that is subject to a lien**
2022 Pitts LB55-22DC, lowboy trailer
VIN 5JYLB5531NPP23623
(The Central Trust Bank)

---

Debtor    JLK Construction, LLC                                      Case number (if known)
_____
Name

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | Purchase Money |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| 7/1/2022 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| 2085 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     | $5,855,645.50 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Nodaway Bank<br>Cook Road<br>POBox 7315<br>4001 N Belt Hwy<br>Saint Joseph, MO 64506 | Line  2.6 | 0146 |
| Small Business Admin<br>1000 Walnut, Ste. 500<br>Kansas City, MO 64106 | Line  2.7 | |
| Small Business Administration<br>POBox 3918<br>Portland, OR 97208-3918 | Line  2.7 | 7401 |
| Small Business Administration<br>1545 Hawkins Blvd, Ste 202<br>El Paso, TX 79925-2652 | Line  2.7 | 7401 |
| The Central Trust Bank<br>PO Box 1400<br>Lees Summit, MO 64063 | Line  2.8 | 7844,0950 |
| The Central Trust Bank<br>Smithville South<br>1603 S. 169 Highway<br>Smithville, MO 64089 | Line  2.8 | 7844,0950 |
| US Attorney<br>US Courthouse<br>400 E 9th    5th Fl<br>Kansas City, MO 64106 | Line  2.7 | |

**Fill in this information to identify the case:**

Debtor name ___JLK Construction, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Andrew County Collector<br>PO BOX 47<br>Savannah, MO 64485 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35,561.51 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>2022 property tax bill for 102 S. 8th Street, Elwood KS 66024 | | |
| | Last 4 digits of account number __3286__ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |
| **2.2** | Priority creditor's name and mailing address<br>Buchanan County Tax Collector<br>411 Jules St, Ste 123<br>Saint Joseph, MO 64501 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>for notice purposes | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| Debtor | JLK Construction, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
Department of Revenue, MO
P.O. Box 500
Jefferson City, MO 65106-0500

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
for notice purposes

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** Priority creditor's name and mailing address
Doniphan County Treasurers Office
Treasurer Nicole Diveley
PO Box 308
Troy, KS 66087-0308

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,508.70    $0.00

Date or dates debt was incurred
12/20/2022

Basis for the claim:

Last 4 digits of account number 3831

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 9941
Stop 5500
Ogden, UT 84409

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Ntc CP256V; CARES Act   2302

Last 4 digits of account number 0990

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor    JLK Construction, LLC
_____
Name                                                    Case number (if known) _____

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $155,276.36 | $155,276.36 |
| | Local Union 101<br>PO Box 909500<br>Kansas City, MO 84190 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>9/2022 | Basis for the claim:<br>Union employees' fringe benefit funds. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $74,438.44 | $74,438.44 |
| | Local Union 1290<br>PO Box 909500<br>Kansas City, MO 84190 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>12/2022 | Basis for the claim:<br>Payments due for pension contributions and 2022<br>4th quarter 940. | | |
| | Last 4 digits of account number  9404<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $29,030.06 | $29,030.06 |
| | Local Union 579<br>PO Box 909500<br>Kansas City, MO 84190 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>12/2022 | Basis for the claim:<br>Payments due for pension contributions and 2022<br>940 4th quarter. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,603.13 | $2,603.13 |
| | Local Union 663<br>PO Box 909500<br>Kansas City, MO 84190 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>12/2022 | Basis for the claim:<br>Payments due for pension contributions and 2022<br>940 4th quarter. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

  **3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | JLK Construction, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00**

4K Hauling, LLC
12603 NE 135th Terrace
Kearney, MO 63060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  08/23/22

**Basis for the claim:**  Working Capital

**Last 4 digits of account number**  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,085.75**

4K Hauling, LLC
12603 NE 135 Terrace
Kearney, MO 63060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/28/2022

**Basis for the claim:**  Hauling materials on job.

**Last 4 digits of account number**  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120,336.00**

Alva Advance
300 Arthur Godfrey Road
Suite 201A
Miami Beach, FL 33140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  09/01/22

**Basis for the claim:**  Hard Money Lender

**Last 4 digits of account number**  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71,514.00**

Alva Advance
300 Arthur Godfrey Road
Suite 201A
Miami Beach, FL 33140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  10/13/2022

**Basis for the claim:**  Hard Money Lender

**Last 4 digits of account number**  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,980.78**

American Express
200 Vesey St.
New York, NY 10285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Basis for the claim:**  credit card

**Last 4 digits of account number**  1009

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145,000.00**

Arnold William Gerber
5009 N 145th Street
Basehor, KS 66007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  6/8/2022

**Basis for the claim:**  Working Capital

**Last 4 digits of account number**  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,022.33**

AT&T
PO Box 5070
Carol Stream, IL 60197-5070

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred**  4/22/2022

**Basis for the claim:**  Claim of Damages

**Last 4 digits of account number**  0084

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | JLK Construction, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**
Beacon Building Products
6000 Merriam Dr
Shawnee, KS 66203

**Date(s) debt was incurred** 9/6/2022 - 1/4/2023

**Last 4 digits of account number** 5257

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - product materials

Is the claim subject to offset? ☒ No ☐ Yes

$7,439.79

---

**3.9**

**Nonpriority creditor's name and mailing address**
Caterpillar Financial Services
PO Box 730681
Dallas, TX 75373-0681

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7591,d105

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Arrears: Drum soil compactor, Caterpillar CS56B, Air cond Cab//Leveling Blade, Serial No S5600207
2016 Cat CB56B single drum padfoot, SN S5600207

Is the claim subject to offset? ☒ No ☐ Yes

$6,242.82

---

**3.10**

**Nonpriority creditor's name and mailing address**
Central Bank Bankcard Services
P.O. Box 8100
Jefferson City, MO 65102

**Date(s) debt was incurred** 1/2022

**Last 4 digits of account number** 1683

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Company Credit Card

Is the claim subject to offset? ☒ No ☐ Yes

$24,288.95

---

**3.11**

**Nonpriority creditor's name and mailing address**
Cindy Kagarice
3317 Penn Street
St Joseph, MO 64507

**Date(s) debt was incurred** 7/20/2022 ; 9/9/2022

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Working Capital

Is the claim subject to offset? ☒ No ☐ Yes

$6,000.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
Collins and Hermann
1215 Dunn Road
PO Box 38901-0901
St Louis, MO 63138

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7593

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** contract work including project 22-21-4910JL

Is the claim subject to offset? ☒ No ☐ Yes

$33,980.00

---

**3.13**

**Nonpriority creditor's name and mailing address**
Construction Industry Laborers
Fringe Benefit Funds
c/o Arnold, Newbold, et al.
1100 Main St., Ste 2001
Kansas City, MO 64105-5178

**Date(s) debt was incurred** 2021-2021

**Last 4 digits of account number** 7214

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Audit agreement

Is the claim subject to offset? ☒ No ☐ Yes

$19,702.84

---

**3.14**

**Nonpriority creditor's name and mailing address**
Derr Equipment
11001 Highway 71
Savannah, MO 64485-8135

**Date(s) debt was incurred** 6/25/2022

**Last 4 digits of account number** KZ00

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment rental.

Is the claim subject to offset? ☒ No ☐ Yes

$1,561.40

---

| Debtor | JLK Construction, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,080.00**

EIN CAP
40 Wall Street
Suite 2304
New York, NY 10005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/28/2022

**Basis for the claim:** Hard Money Lender

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,575.00**

EIN CAP Add On
40 Wall Street
Suite 2304
New York, NY 10005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/14/2022

**Basis for the claim:** Hard Money Lender

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00**

Erosion Specialist, LLC
681599 PO Box
Riverside, MO 64168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/31/2022

**Basis for the claim:** Erosion control bill.

**Last 4 digits of account number** 2877

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,407.77**

Everest Business Funding
5 West 37th Street
Ste 1100
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/24/2022

**Basis for the claim:** Revenue Based Financing Agmt

**Last 4 digits of account number** 4559

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

Finished Works
7509 N Wayne Avenue
Gladstone, MO 64118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/31/2022

**Basis for the claim:** Recycled base rock.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$326,322.20**

Foley Equipment
1550 S West Street
Wichita, KS 67213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/2/2022-12/31/2022

**Basis for the claim:** Equipment rentals

**Last 4 digits of account number** 0004

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$481,624.18**

Fundamental Capital
100 Garden City Plaza
Suite 410
Garden City, NY 11530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Hard money lender

**Last 4 digits of account number** 2357

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    JLK Construction, LLC
_____
          Name                                              Case number (if known) _____

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,725.00 |
| | Heartland Traffice Services | ☐ Contingent | |
| | 626 N 47th Street | ☐ Unliquidated | |
| | Kansas City, KS | ☐ Disputed | |
| | **Date(s) debt was incurred** 9/30/2022 | **Basis for the claim:** huntoon box culvert | |
| | **Last 4 digits of account number** 1895 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,730.62 |
| | Jack Horner's Contractor Supplies | ☐ Contingent | |
| | 4805 Rochester Rd | ☐ Unliquidated | |
| | St. Joseph, MO 64506 | ☐ Disputed | |
| | **Date(s) debt was incurred** 6/1-/2022 - 10/14/2022 | **Basis for the claim:** Vendor, supplies | |
| | **Last 4 digits of account number** S213 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,416.80 |
| | Kansas City Testing & Engineering, LLC | ☐ Contingent | |
| | 1141 Southwest Blvd | ☐ Unliquidated | |
| | Kansas City, KS 66103 | ☐ Disputed | |
| | **Date(s) debt was incurred** 6/20, 6/22, 7/1, 7/20-9/8/2022 | **Basis for the claim:** Kansas City Testing at job site. | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $134,480.40 |
| | Kansas City Winwater Co. | ☐ Contingent | |
| | 3939 A NE 33rd Terrace | ☐ Unliquidated | |
| | Kanasas City, MO 64117 | ☐ Disputed | |
| | **Date(s) debt was incurred** 8/25/2022, 8/29/2022, 10/3/2022 | **Basis for the claim:** Vendor, materials. | |
| | **Last 4 digits of account number** 1715 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,757.75 |
| | Kaw Valley Companies | ☐ Contingent | |
| | 5600 Kansas Avenue | ☐ Unliquidated | |
| | Kansas City, KS 66106 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2022: 8/24, 8/31, 9/6, 9/16, 10/6 | **Basis for the claim:** Rocks at job sites. | |
| | **Last 4 digits of account number** 3160 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,903.40 |
| | Logan Contractors Supply | ☐ Contingent | |
| | 1325 S Enterprise Dr | ☐ Unliquidated | |
| | Olathe, KS 66061 | ☐ Disputed | |
| | **Date(s) debt was incurred** 11/17/2022-1/5/2023 | **Basis for the claim:** Materials vendor | |
| | **Last 4 digits of account number** 2791 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $82,619.80 |
| | MFA Oil | ☐ Contingent | |
| | PO BOX 843784 | ☐ Unliquidated | |
| | Kansas City, MO 64184 | ☐ Disputed | |
| | **Date(s) debt was incurred** 7/28/2022 - 10/18/2022 | **Basis for the claim:** fuel account | |
| | **Last 4 digits of account number** 1100 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | JLK Construction, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address**
Midwest Erosion Management
3602 Pear St
St Joseph, MO 64503

**Date(s) debt was incurred** 7/10/2022 and 9/17/2022

**Last 4 digits of account number** 9

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** silt fence, hydroseed bills

Is the claim subject to offset? ■ No ☐ Yes

$4,672.50

---

**3.30** | **Nonpriority creditor's name and mailing address**
Myers CPA
1707 E 123rd Terrace
Olathe, KS 66061

**Date(s) debt was incurred** 10/31/2022, 11/30/2022, 12/31/2022

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accountant fees

Is the claim subject to offset? ■ No ☐ Yes

$12,607.94

---

**3.31** | **Nonpriority creditor's name and mailing address**
Old Castle Infrastructure
7000 Central Parkway
Suite 800
Atlanta, GA 30328

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3436

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplies for Wendys job

Is the claim subject to offset? ■ No ☐ Yes

$12,431.48

---

**3.32** | **Nonpriority creditor's name and mailing address**
Pawnee Leasing Corp
c/o Providence Capital Funding, Inc.
3070 Saturn St. Suite 100
Brea, CA 92821

**Date(s) debt was incurred** 12/5/2022

**Last 4 digits of account number** 9985

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Andrew County Personal Property Tax ($1,697.43) and a preparation fee ($55).

Is the claim subject to offset? ■ No ☐ Yes

$1,752.43

---

**3.33** | **Nonpriority creditor's name and mailing address**
Penny's Concrete
23400 W 82nd Street
Shawnee Mission, KS 66227

**Date(s) debt was incurred** 12/8/2022 and 12/12/2022

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor, concrete

Is the claim subject to offset? ■ No ☐ Yes

$1,592.24

---

**3.34** | **Nonpriority creditor's name and mailing address**
ProServ
3920 Pettis Rd
Saint Joseph, MO 64503

**Date(s) debt was incurred** 10/23/2022, 11/16/2022, 11/27/2022

**Last 4 digits of account number** JC00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Leased office IT equipment. 3 months arrears.

Is the claim subject to offset? ■ No ☐ Yes

$12,306.44

---

**3.35** | **Nonpriority creditor's name and mailing address**
Providence Capital Funding, Inc.
3070 Saturn St. Suite 100
Brea, CA 92821

**Date(s) debt was incurred** 03/16/2021 addend "B"

**Last 4 digits of account number** 2103

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Arrears: Lease: 2011 CASEH - S400W PS Tractor

Is the claim subject to offset? ■ No ☐ Yes

$10,467.87

---

Debtor    JLK Construction, LLC
_____
Name

Case number (if known) _____

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,739.00 |
|---|---|---|---|

Providence Capital Funding, Inc.
3070 Saturn St., Suite 100
Brea, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/6/2022
**Last 4 digits of account number** 6051

**Basis for the claim:** Arrears: 2014 580 Steiger Tractor, SN#: ZEF301603

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26,124.00 |
|---|---|---|---|

Pursell Holdings, LLC
300 N Church Rd
Liberty, MO 64068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/18/2022, 12/29/2022
**Last 4 digits of account number** K001

**Basis for the claim:** Equipment rental.

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,644.41 |
|---|---|---|---|

R&B Trucking
8100 Blue Parkway Drive
Kansas City, MO 64133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 8/18/2022, 8/24/2022, 8/30/2022
**Last 4 digits of account number** _

**Basis for the claim:** Truck hauling.

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $54,819.94 |
|---|---|---|---|

Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 3493

**Basis for the claim:** Hard Money Lender

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32,403.45 |
|---|---|---|---|

Schildberg Construction Company
PO Box 358
Greenfield, IA 50849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/8 - 31/2022
**Last 4 digits of account number** 1583

**Basis for the claim:** Vendor, materials

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $72,474.76 |
|---|---|---|---|

The GW Van Keppel Company
PO Box 879515
Kansas City, MO 64187-9515

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** 7/12/2022 - 12/30/2022
**Last 4 digits of account number** 6391

**Basis for the claim:** Vendor: equipment rental/trench boxes

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $157,055.59 |
|---|---|---|---|

WCI, Inc
25606 Old KC Rd, Ste C
Paola, KS 66071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 8/30/2022
**Last 4 digits of account number** 1715

**Basis for the claim:** Vendor, supplies for jobs

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    JLK Construction, LLC                                                Case number (if known) _____
          _____
          Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | 4K Hauling, LLC<br>Attn: Tina Kagarice<br>PO Box 73<br>Kearney, MO 64060 | Line 3.1<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Alva Advance<br>c/o Gene Rosen, Esq<br>200 Garden City Plaza Ste 405<br>Garden City, NY 11530 | Line 3.4<br>☐ Not listed. Explain ____ | 2023 |
| 4.3 | Alva Advance<br>c/o Mediation and Civil Arbitration Inc<br>Attn: Administrator<br>14 Penn Plaza Ste 1315<br>New York, NY 10122 | Line 3.4<br>☐ Not listed. Explain ____ | 2023 |
| 4.4 | Beacon Bldg Products<br>PO Box 101087<br>Pasadena, CA 91189-0005 | Line 3.8<br>☐ Not listed. Explain ____ | 5257 |
| 4.5 | Collins and Hermann<br>2366 State Line Road<br>Kansas City, KS 66103 | Line 3.12<br>☐ Not listed. Explain ____ | 7593 |
| 4.6 | Collins and Hermann<br>PO Box 38901-0901<br>Saint Louis, MO 63138 | Line 3.12<br>☐ Not listed. Explain ____ | 10JL |
| 4.7 | Department of Revenue, MO<br>P.O. Box 329<br>Jefferson City, MO 65105-0329 | Line 2.3<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Fundamental Capital<br>4 Embarcadero Center<br>Suite 1400<br>(from Merchant and Security Agmt)<br>San Francisco, CA 94111 | Line 3.21<br>☐ Not listed. Explain ____ | 2357 |
| 4.9 | Laborers Local 579<br>1203 N 6th Street<br>Saint Joseph, MO 64501 | Line 2.9<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Local 663 KC<br>7820 Prospect<br>Kansas City, MO 64132 | Line 2.10<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Local Union 101<br>Int'l Union of Operating Engineers<br>6601 Winchester, Ste 280<br>Kansas City, MO 64133 | Line 2.7<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Local Union 1290<br>2600 Merriam Lane<br>Kansas City, KS 66106 | Line 2.8<br>☐ Not listed. Explain ____ | _ |

| Debtor | JLK Construction, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | Missouri Dept of Revenue<br>ATTN: Bankruptcy Unit<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Line 2.3<br>☐ Not listed. Explain ____ | _ |
| 4.14 | Rapid Finance<br>4500 East West Highway<br>6th Floor<br>Bethesda, MD 20814 | Line 3.39<br>☐ Not listed. Explain ____ | 3493 |
| 4.15 | Rapid Ruling<br>1410 Northern Blvd. #1008<br>Manhasset, NY 11030 | Line 3.39<br>☐ Not listed. Explain ____ | 3493 |
| 4.16 | US Attorney<br>US Courthouse<br>400 E 9th    5th Fl<br>Kansas City, MO 64106 | Line 2.5<br>☐ Not listed. Explain ____ | _ |
| 4.17 | Wilson McShane<br>PO Box 909500<br>Kansas City, MO 64190 | Line 2.8<br>☐ Not listed. Explain ____ | _ |
| 4.18 | Wilson-McShane Corp<br>12200 N Ambassador Dr<br>Ste 400<br>Kansas City, MO 64163 | Line 2.8<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 300,418.20 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,192,389.63 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,492,807.83 |

**Fill in this information to identify the case:**

Debtor name ___JLK Construction, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Premises located at 1214 Frederick Ave., St Joseph, MO 64501. All three floors until 8/31/2023, then the upper two floors 8/31/20023-8/31/2024. | |
| State the term remaining — 2 years | |
| List the contract number of any government contract | 7MHD Properties<br>7 Mission Hills Dr.<br>Saint Joseph, MO 64507 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Work in Progress |
| State the term remaining | |
| List the contract number of any government contract | AL Huber<br>10770 El Monte<br>Leawood, KS 66211 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | Work in Progress |
| State the term remaining | |
| List the contract number of any government contract | Atlas Crane<br>1275 Aurora Avenue<br>Aurora, IL 60504 |

Debtor 1    JLK Construction, LLC        Case number *(if known)* _____

             First Name           Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest | Work in Progress |
|     State the term remaining | |
|     List the contract number of any government contract | Bettis Asphalt<br>1800 NW Brickyard Road<br>Topeka, KS 66618 |
| **2.5.**   State what the contract or lease is for and the nature of the debtor's interest | Contract XXX-XXXX9127. Hydraulic excavator Model/Serial No 306-07CR-6G604817, Cust No: 2577591 2022 Caterpillar 306-07CR Hydraulic Excavator. Serial No 306-07CR-6G604817 |
|     State the term remaining | |
|     List the contract number of any government contract | Caterpillar Financial Services<br>PO Box 730681<br>Dallas, TX 75373-0681 |
| **2.6.**   State what the contract or lease is for and the nature of the debtor's interest | Contract XXX-XXXX1052. Drum soil compactor. Customer No 2577591 Caterpillar CS56B, Air cond Cab//Leveling Blade, Serial No S5600207 2016 Cat CB56B single drum padfoot, SN S5600207 |
|     State the term remaining | |
|     List the contract number of any government contract | Caterpillar Financial Services<br>PO Box 730681<br>Dallas, TX 75373-0681 |
| **2.7.**   State what the contract or lease is for and the nature of the debtor's interest | Work in Progress |
|     State the term remaining | |
|     List the contract number of any government contract | Emery Sapp<br>2301 Interstate 70 Drive<br>Columbia, MO 65202 |

Debtor 1     JLK Construction, LLC
_____     Case number *(if known)* _____
             First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — Work in Progress

State the term remaining

List the contract number of any government contract

Ervin Cable
450 Pryor Blvd
Sturgis, KY 42459

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — Work in Progress

State the term remaining

List the contract number of any government contract

IEA Contractors
6325 Digital Way, Suite 460
Indianapolis, IN 46278

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — Work in Progress

State the term remaining

List the contract number of any government contract

Kelly Build
4021 East 143rd St
Grandview, MO 64030

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — Leased office IT equipment

State the term remaining

List the contract number of any government contract

Proserve
3920 Pettis Rd
Saint Joseph, MO 64503

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest — Lease Agmts #20210309 / 2021031655 2011 CaseIH-S400W PS tractor, SN ZBF125988 $10,467.87 in arrears (3 months)

State the term remaining

List the contract number of any government contract

Providence Capital Funding, Inc.
3070 Saturn St. Suite 100
Brea, CA 92821

---

Debtor 1    JLK Construction, LLC

First Name           Middle Name            Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | Lease Agmt #20220602/2022060512. 2014 580 Steiger Tractor, SN#: ZDF301603 $14,739 in arrears (3 months) |
| State the term remaining | |
| List the contract number of any government contract | Providence Capital Funding, Inc. 3070 Saturn St. Suite 100 Brea, CA 92821 |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | Work in Progress |
| State the term remaining | |
| List the contract number of any government contract | Zernco 2800 North Regency Park Wichita, KS 67226 |

| Fill in this information to identify the case: |
| --- |
| Debtor name    JLK Construction, LLC |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 Jayme Kagarice | PO Box 8820<br>Saint Joseph, MO 64505 | | Newtek Small<br>Business Finance/SBA | ■ D   2.5<br>☐ E/F _____<br>☐ G _____ |
| 2.2 Jesse Kagarice | PO Box 8820<br>Saint Joseph, MO 64505 | | Everest Business<br>Funding | ☐ D _____<br>■ E/F   3.18<br>☐ G _____ |
| 2.3 Jesse Kagarice | PO Box 8820<br>Saint Joseph, MO 64505 | | Fundamental Capital | ☐ D _____<br>■ E/F   3.21<br>☐ G _____ |
| 2.4 Jesse Kagarice | PO Box 8820<br>Saint Joseph, MO 64505 | | Rapid Finance | ☐ D _____<br>■ E/F   3.39<br>☐ G _____ |
| 2.5 Jesse Kagarice | PO Box 8820<br>Saint Joseph, MO 64505<br>guarantor | | American Express | ☐ D _____<br>■ E/F   3.5<br>☐ G _____ |

| Debtor | JLK Construction, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Jesse Kagarice | PO Box 8820<br>Saint Joseph, MO 64505 | Newtek Small<br>Business Finance/SBA | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Jesse L Kagarice | PO Box 8820<br>Saint Joseph, MO 64505 | Central Bank Bankcard<br>Services | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |
| 2.8 | Roy Kagarice | 3317 Penn St<br>Saint Joseph, MO 64507 | Pawnee Leasing Corp | ☐ D _____<br>■ E/F ___3.32___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      JLK Construction, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2023 to Filing Date | ☐ Operating a business<br>■ Other  Operating a business.<br>YTD 2/3/2023 P&L<br>Accrual | $186,138.57 |
| For prior year:<br>From  1/01/2022 to 12/31/2022 | ☐ Operating a business<br>■ Other  Operating a business.<br>P&L Accrual basis. | $4,054,903.84 |
| For year before that:<br>From  1/01/2021 to 12/31/2021 | ☐ Operating a business<br>■ Other  Operating a business.<br>2021 Tax Return. | $6,768,921.00 |
| For the fiscal year:<br>From  1/01/2020 to 12/31/2020 | ☐ Operating a business<br>■ Other  Operating a business.<br>2020 Tax Return. | $1,885,303.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | JLK Construction, LLC | | Case number *(if known)* | |

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Ford Credit<br>Nat'l Bankruptcy Svc Ctr<br>PO Box 62180<br>Colorado Springs, CO 80962 | 1/2023 | $47,785.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Jesse K's 2021 Ford F250 |
| 3.2. | 4K Mobile Repair<br>7600 N Church Rd<br>Kansas City, MO 64158 | 11/11/22,<br>11/18/2022,<br>12/16/2022 | $9,286.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | Alva Advance<br>c/o Gene Rosen, Esq<br>200 Garden City Plaza Ste 405<br>Garden City, NY 11530 | 10/26/2022,<br>1027/2022,<br>10/28/2022,<br>10/31/2022,<br>11/01/2022,<br>11/02/2022,<br>11/03/2022,<br>11/04/2022,<br>11/07/2022,<br>11/08/2022,<br>11/09/2022,<br>11/10/2022,<br>11/14/2022,<br>11/15/2022,<br>11/16/2022,<br>11/17/2022,<br>11/18/2022,1<br>1/21/2022,<br>11/22/2022,<br>11/23/2022,<br>11/25/2022,<br>11/28/2022,<br>12/02/2022,<br>12/02/2022,<br>12/05/2022,<br>12/05/2022,<br>12/05/2022,<br>12/06/2022,<br>12/12/2022,<br>12/12/2022,<br>12/12/2022,<br>12/12/2022,<br>12/12/2022,<br>12/16/2022,<br>12/20/2022,<br>12/21/2022,<br>01/03/2023,<br>01/04/2023,<br>01/05/2023,<br>01/09/2023,<br>01/10/2023 | $135,740.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    JLK Construction, LLC

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.4. Arnold William Gerber<br>5009 N 145th Street<br>Basehor, KS 66007 | 11/01/2022,<br>12/12/2022 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. Basys Processing<br>15300 W 105th Terrace<br>Lenexa, KS 66219 | 11/10/2022,<br>12/12/2022,<br>12/15/2022,<br>12/20/2022 | $19,853.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. Caterpillar Financial Services<br>2120 West End Ave.<br>Nashville, TN 37203 | 11/01/2022,<br>11/18/2022,<br>11/18/2022,<br>12/20/2022,<br>12/20/2022 | $11,893.28 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. The Central Trust Bank<br>dba Central Bank Midwest<br>2400 NW Prairie View Rd<br>Platte City, MO 64079 | 10/31/2022,<br>11/01/2022,<br>11/08/2022,<br>11/18/2022,<br>11/29/2022,<br>11/30/2022,<br>12/05/2022,<br>12/07/2022,<br>12/08/2022,<br>12/09/2022,<br>12/09/2022,<br>12/12/2022,<br>12/14/2022,<br>12/15/2022,<br>12/16/2022,<br>12/20/2022,<br>12/23/2022,<br>12/27/2022,<br>12/28/2022,<br>12/29/2022,<br>12/30/2022,<br>01/03/2023,<br>01/04/2023,<br>01/05/2023,<br>01/06/2023,<br>01/10/2023,<br>01/11/2023,<br>01/16/2023 | $8,308.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. Collins and Hermann<br>1215 Dunn Road<br>PO Box 38901-0901<br>Saint Louis, MO 63138 | 12/16/2022,<br>01/13/2023,<br>01/20/2023 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    JLK Construction, LLC _____    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | Comdata Fuel Card<br>PO Box 70995<br>Charlotte, NC 28272 | 11/01/2022,<br>11/10/2022,<br>11/16/2022,<br>11/22/2022,<br>11/25/2022,<br>12/02/2022,<br>12/06/2022,<br>12/12/2022,<br>12/14/2022,<br>12/19/2022,<br>01/04/2023 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | Fuel Station | 10/31/2022,<br>11/03/2022,<br>11/14/2022,<br>11/22/2022,<br>11/23/2022 | $9,343.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. | Davis Excavation LLC<br>c/o Matthew J. Rogers, atty<br>Barber Emerson<br>1221 Massachusetts St PO Box 667<br>Lawrence, KS 66044-0667 | 12/02/2022 | $16,124.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | EIN Cap<br>40 Wall Street<br>Ste 2304<br>New York, NY 10005 | 10/28/2022,<br>10/31/2022,<br>11/01/2022,<br>11/02/2022,<br>11/03/2022,<br>11/04/2022,<br>11/07/2022,<br>11/08/2022,<br>11/09/2022,<br>11/10/2022,<br>11/14/2022,<br>11/15/2022,<br>11/16/2022,<br>11/17/2022,<br>11/18/2022,<br>11/21/2022,<br>11/22/2022,<br>11/23/2022,<br>11/25/2022,<br>11/28/2022,<br>11/30/2022,<br>12/02/2022,<br>12/14/2022,<br>12/21/2022, | $78,385.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | Ellenberger Concrete Products LLC<br>PO Box 2001<br>Saint Joseph, MO 64502 | 11/14/2022,<br>12/05/2022 | $10,729.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   JLK Construction, LLC _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.14. Global Funding<br>27-01 Queens Plaza North<br>Suite 802<br>Long Island City, NY 11101 | 10/26/2022,<br>10/27/2022,<br>10/28/2022,<br>10/31/2022,<br>11/01/2022,<br>11/02/2022,<br>11/03/2022,<br>11/04/2022,<br>11/07/2022,<br>11/08/2022,<br>11/09/2022,<br>11/10/2022,<br>11/14/2022 | $34,491.60 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. Holiday Sand<br>2330 S. 2nd St<br>Saint Joseph, MO 64501 | 11/18/2022,<br>11/22/2022,<br>11/23/2022,<br>11/25/2022,<br>12/06/2022,<br>12/07/2022,<br>12/22/2022,<br>12/30/2022,<br>01/05/2023 | $21,474.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. JLK Contracting, LLC<br>1214 Frederick Ave<br>Saint Joseph, MO 64501 | 11/14/2022,<br>12/02/2022 | $61,535.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. Kansas City Winwater Co<br>3939 A NE 33rd Terrace<br>Kansas City, MO 64117 | 11/01/2022,<br>12/05/2022,<br>12/19/2022 | $44,718.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. Local Union 101<br>Int'l Union of Operating Engineers<br>PO Box 909500<br>Salt Lake City, UT 84190 | 11/17/2022 | $48,993.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.19. M&T Equipment<br>aka Peoples United Eq Fin<br>PO Box 203<br>Brattleboro, VT 05302 | 10/31/2022,<br>12/05/2022,<br>12/09/2022,<br>12/15/2022 | $19,141.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   JLK Construction, LLC _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.20. Nodaway Bank Cook Road POBox 7315 4001 N Belt Hwy Saint Joseph, MO 64506 | 10/28/2022, 11/01/2022, 11/18/2022, 11/28/2022, 12/01/2022, 12/02/2022, 12/05/2022, 12/06/2022, 12/07/2022, 12/08/2022, 12/09/2022, 12/12/2022, 12/13/2022, 12/14/2022, 12/15/2022, 12/16/2022, 12/20/2022, 12/21/2022, 12/28/2022, 12/29/2022, 12/30/2022, 01/04/2023, 01/05/2023, 2/6/2023 | $139,695.38 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.21. Paychex 94 New Karner Rd. #101 Albany, NY 12203 | 11/02/2022, 11/10/2022, 11/15/2022, 11/21/2022, 11/22/2022, 11/30/2022, 12/06/2022, 12/13/2022, 12/20/2022, 12/29/2022, 01/04/2023, 01/11/2023, 01/20/2023 | $258,617.66 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.22. Providence Capital Funding, Inc. 3070 Saturn St. Suite 100 Brea, CA 92821 | 11/01/2022, 11/15/2022, 12/02/2022, 12/15/2022, 12/21/2022, 01/03/2023, 01/09/2023 | $28,302.75 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.23. Rapid Finance Funding 4500 East West Highway 6th Floor Bethesda, MD 20814 | 11/01/2022, 11/08/2022, 11/16/2022, 11/16/2022, 11/22/2022, 11/29/2022, 12/06/2022, 12/20/2022, 12/28/2022, 01/11/2023 | $20,691.96 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    JLK Construction, LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.24. Secura Insurance | 11/17/2022, 12/19/2022 | $26,049.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other Insurance. |
| 3.25. St Joseph Petroleum | 12/05/2022, 12/09/2022, 12/16/2022, 12/21/2022, 01/03/2023, 01/09/2023, 01/10/2023 | $24,640.30 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. WCI, Inc. | 11/01/2022, 11/10/2022, 11/15/2022 | $55,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other___ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Jesse Kagarice  Managing Member | monthly payments, totalling $12,446.60 | $12,446.40 | Monthly payment to Ally for 2021 Ford F250, VIN ending 7647. Debtor pays Jesse Kagarice's vehicle loan. The vehicle is used in the busines. |
| 4.2. Jesse Kagarice  Managing Member | monthly | $15,821.00 | Chase/Subaru personal loan of Jesse K's for a company used car. Debtor made car loan payments on Jesse Kagarice's car which he used in the business, until car was sold 1/2023. |
| 4.3. Jesse L Kagarice  Managing Member | monthly | $11,057.04 | Payments to Ford Credit for Jesse K's 2021 Ford F250 truck VIN ending 7648 |
| 4.4. Jesse Kagarice  Managing Member | monthly | $18,860.40 | Ford Credit payments for the Ford 2021 King Ranch owned by Jesse K. Sold 2023. |
| 4.5. Jesse Kagarice  Managing Member | monthly beginning January, 2023 | $1,261.18 | 2022 Ford F150 payments to Ford Credit. |
| 4.6. Jesse Kagarice  Managing Member | monthly | $21,120.00 | Jesse K's medical/dental/vision insurance. |

Debtor    JLK Construction, LLC

Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.7.   Pension/IRA/401(k) | 2022 | $17,706.00 | Pension/IRA/401(k) for Jesse K. |
| 4.8.   Roy Kagarice<br><br>Managing Member's father | | $6,205.00 | Loan payment to Montrose Savings Bank for equipment Case IH 9460, JCB0026563. Roy Kagarice leased the equipment for debtor's use.<br>UCC-1 202107260003378215. |
| 4.9.   Cole Kagarice<br><br>Managing Member's brother | monthly | $16,543.00 | Health/Dental/Vision Insurance |
| 4.10.   Cole Kagarice<br><br>Managing Member's brother | 12/2022 | $13,876.50 | Union pension contribution. |
| 4.11.   Jesse L Kagarice<br>PO Box<br>Managing Member | 3/21/2022 | $147,007.70 | M & T, aka People's United Equipment Finance Corp,  Loan #102493 and Loan #103892, payment by Newtek Small Business Finance  loan (UCC-1 20220331002076682) . |
| 4.12.   Jesse L Kagarice<br>PO Box<br>Managing Member | Sold 11/2/2022 (referenced in UCC-1 Nodaway Amd #2 Exclusion) | $155,000.00 | 2013 Caterpillar Crawler Tractor Dozer, Model D6T XW, SN RCW01362.<br>Jesse Kagarice was guarantor on lien. |
| 4.13.   Jesse L Kagarice<br><br>Managing Member | 2/5/2023 | $128,000.00 | Sold: 2012 Kenworth T800 dump truck, VIN 1XKDD49X1CJ337213.<br>Sold: 2012 Kenwork T800 dump truck, VIN 1XKDD49X1CJ337213.<br>Sale approved by Nodaway Valley Bank, proceeds used to pay off Nodaway Valley Bank's secured loan.<br>Jesse L Kagarice, guarantor. |
| 4.14.   See Attachment | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor | JLK Construction, LLC | | Case number *(if known)* | |

---

| Part 3: | Legal Actions or Assignments |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Davis Excavation LLC,<br>Judgment Creditor<br>v<br>JLK Construction, Inc.,<br>Judgment Debtor<br>22BU-CC01203 | Breach of Contract | Circuit Court of Buchanan County, MO<br>411 Jules St<br>Saint Joseph, MO 64501 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. EIN CAP, Inc.<br>v<br>JLK Construction, LLC and Jesse Kagarice<br>not yet assigned | Complaint | Supreme Court of the State of New York<br>County of Monroe<br>99 Exchange Blvd<br>Hall of Justice 5th Fl, Rm 545<br>Rochester, NY 14614 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Alva Advance LLC<br>v<br>JLK Construction LLC and Jesse Kagarice<br>Claim No 44141/2023 | Claim | Mediation and Civil Arbitration Inc<br>14 Penn Plaza Ste 1315<br>New York, NY 10122 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Shanie Mitchell<br>10159 W  96th Terrrace<br>Overland Park, KS 66212 | $5,000 gift | 12/2021 | $5,000.00 |
| **Recipients relationship to debtor**<br>Jesse K's sister | | | |
| 9.2. Lacie Friesz<br>613 Poor Street<br>Olathe, KS 66061 | $5,000 | 12/2021 | $5,000.00 |
| **Recipients relationship to debtor**<br>Jesse K's sister | | | |

---

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | JLK Construction, LLC | Case number *(if known)* | |

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| TRAILER: 2021 LDTL VIN 4ZECH2024M1236102 . Trailer stolen 9/14/2022, Case 22-12578 with Bonner Spring Police Dept. | Currently waiting for insurance reimbursement of $5,489.20 | 9/14/2022 | $5,489.20 |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Fox Law Corporation, Inc.<br>17835 Ventura Blvd.<br>Suite 306<br>Encino, CA 91316 | Attorney Fees | 12/28/2022, 1/26/2022 | $70,000.00 |
| | **Email or website address**<br>srfox@foxlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Evans & Mullinix, P.A.<br>7225 Renner Rd., Ste 200<br>Shawnee, KS 66217 | Attorney fees and $1,738 court filing fee. | 2/6/2023 | $14,738.00 |
| | **Email or website address**<br>cgotham@emlawkc.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    JLK Construction, LLC _____    Case number *(if known)* _____

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | B&T Tractor Hurlingen Rd NE Saint Joseph, MO 64507 | Truck: 2008 Kenworth T800, VIN 1XXDDB9X78J172974; 2021 Frontier BB2184 Box Blade; 2018 John Deere MX6; Frontier GS106 OL Overseeder | 5/21/2022 | $40,000.00 |
| | **Relationship to debtor** none | | | |
| 13.2. | Ag-Power, Inc 10031 US 36 Easton, MO 64443 | 2009 JD Tractor 4720 Serial No:  LV4720H670088 | 12/2/2022 | $38,500.00 |
| | **Relationship to debtor** none | | | |
| 13.3. | Foley Equipment 3619 Pear St Saint Joseph, MO 64503 | 2013 Caterpillar Crawler D6tXW Dozer Serial No: RCWO1362 | 11/10/2022 | $154,000.00 |
| | **Relationship to debtor** none | | | |
| 13.4. | Heartland Tractor 809 W Grand Ave Ivoryton, CT 06442-9000 | Ashland Ash 1410E Scraper, Scraper Pan Serial No: 25432 | 11/14/2022 | $36,850.00 |
| | **Relationship to debtor** none | | | |
| 13.5. | Heartland Tractor 809 W Grand Ave Cameron, MO 64429 | Ashland Ash 1410E Scraper, Scraper Pan Serial No: 25296 | 11/14/2022 | $36,850.00 |
| | **Relationship to debtor** none | | | |
| 13.6. | Road Builders 1001 S 7th Street Kansas City, KS 66105 | 2018 Caterpillar 330 Ecavator, Serial No: MBX20073 sale. | 11/9/2022 | $167,000.00 |
| | **Relationship to debtor** none | | | |
| 13.7. | Tony Beck unknown | UTV Polaris Ranger | 1/10/2023 | $8,000.00 |
| | **Relationship to debtor** none | | | |

Debtor   JLK Construction, LLC _____   Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.8. | 4K Hauling, LLC PO Box 73 Kearney, MO 64060 | 2012 Kenworth T800 dump truck, VIN 1XKDD49X1CJ337213. 2012 Kenwork T800 dump truck, VIN 1XKDD49X7CJ337247. Sale approved by Nodaway Valley Bank. $128,000 towards Nodaway Valley Bank debt. | February 5, 2023 | $128,000.00 |
| | Relationship to debtor None | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 18900 State Route DD Hwy Saint Joseph, MO 64505 | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☑ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | JLK Construction, LLC | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Nodaway Valley Bank Branch 6424559 | XXXX-4559 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor    JLK Construction, LLC _____     Case number *(if known)* _____

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Ariel McRaven PO Box 9427 Rancho Cucamonga, CA 91701 | 12/2022 to present |
| 26a.2. | Englehardt Bookkeeping 43 E Main St Adrian, MO 64720 | 2018-2021 |
| 26a.3. | Lichti, Franken, Kilsabeck & Gawatz LLC 3801 Beck Rd Saint Joseph, MO 64506 | June 2022 - October 2022 |
| 26a.4. | Myers CPA LLC 1707 E 123 Terrace Olathe, KS 66061 | October 2022-December 2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    JLK Construction, LLC _____     Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Englehardt Bookkeeping<br>43 E Main St<br>Adrian, MO 64720 | 2018-2021 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  Lichti, Franken, Kilsabeck & Gawatz LLC<br>3801 Beck Rd<br>Saint Joseph, MO 64506 | June 2022 - October 2022 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Ariel McRaven<br>PO Box 9427<br>Rancho Cucamonga, CA 91701 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Nodaway Bank<br>4001 N Belt Hwg<br>Saint Joseph, MO 64501 |
| 26d.2.  Central Bank of Midwest<br>102 Main St<br>Dearborn, MO 64439 |
| 26d.3.  Bison State Bank<br>9201 Ward Parkway<br>Suite 201<br>Kansas City, MO 64114 |
| 26d.4.  Newtek Small Business Admin<br>981 Marcus Ave Ste 130<br>Lake Success, NY |
| 26d.5.  Foley Equipment<br>1550 S WEst Street<br>Wichita, KS 67213 |
| 26d.6.  M&T Equipment<br>aka Peoples United Eq Fin<br>PO Box 203<br>Brattleboro, VT 05302 |
| 26d.7.  Providence Capital Funding, Inc.<br>3070 Saturn St. Suite 100<br>Brea, CA 92821 |
| 26d.8.  SBA EIDL Loan<br>14925 Kingsport Rd<br>Fort Worth, TX 76155 |

Debtor    JLK Construction, LLC _____    Case number *(if known)* _____

| Name and address | |
|---|---|
| 26d.9. | Caterpillar Financial Services<br>PO Box 730681<br>Dallas, TX 75373-0681 |

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Halle Norris and Roy Kagarice | 1/2/2023 - 1/6/2023 | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Jesse Kagarice |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jesse L Kagarice | | Member | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jesse L Kagarice<br>PO Box 8820<br>Saint Joseph, MO 64505 | Medical/Dental/Vision Insurance $21,120<br>Ford 2021 King Ranch $18,860.14<br>2021 Ford F250 VIN ending 7648 $11,057.04<br>2021 Ford F250 VIN ending 7647 $12,446.40<br>2022 Ford F150, monthly payments $1,261.88<br>Pension Contributions $17,706<br>Chase/Subaru loan pymts $15,821 | | |

| Relationship to debtor |
|---|
| Managing Member |

| Debtor | JLK Construction, LLC | | Case number *(if known)* |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | Jesse L Kagarice<br>PO Box 8820<br>Saint Joseph, MO 64505 | See attached Distributions List. | | |
| | **Relationship to debtor**<br>Managing Member | | | |
| 30.3. | Cole Kagarice | Medical/Dental/Vision Insurance $16,543<br>Pension Contribution $13,876.50 | | |
| | **Relationship to debtor**<br>Managing Member's Brother | | | |
| 30.4. | Roy Kagarice | Loan repayment for equipment lease in Roy's name $6,205 | | |
| | **Relationship to debtor**<br>Managing Member's Father | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Local Union 101 Fringe Benefits Fund(s) | **EIN:** |

Debtor    JLK Construction, LLC                                    Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 12, 2023

/s/ Jesse L. Kagarice                                        Jesse L. Kagarice
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# JLK Construction, LLC
## Members Draw Transaction Report
January 30, 2022 - January 30, 2023

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Members Draw** | | | | | | | |
| Beginning Balance | | | | | | | |
| 02/18/2022 | Check | 10071 | | CHECK 10071 CHECK | Members Draw | Nodaway Valley Bank | -2,000.00 |
| 03/04/2022 | Check | 10206 | Jesse Kagarice | CHECK 10206 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 03/07/2022 | Check | 10207 | Jesse Kagarice | CHECK 10207 CHECK | Members Draw | Nodaway Valley Bank | -1,500.00 |
| 03/09/2022 | Check | 10209 | Jesse Kagarice | CHECK 10209 CHECK | Members Draw | Nodaway Valley Bank | -2,500.00 |
| 04/04/2022 | Check | 10213 | Jesse Kagarice | CHECK 10213 CHECK | Members Draw | Nodaway Valley Bank | -1,500.00 |
| 04/11/2022 | Check | 10214 | Cash | CHECK 10214 CHECK | Members Draw | Nodaway Valley Bank | -2,500.00 |
| 04/29/2022 | Check | 10218 | Jesse Kagarice | CHECK 10218 CHECK | Members Draw | Nodaway Valley Bank | -1,500.00 |
| 05/26/2022 | Check | 10221 | | CHECK 10221 CHECK | Members Draw | Nodaway Valley Bank | -2,500.00 |
| 06/07/2022 | Check | 10222 | Jesse Kagarice | CHECK 10222 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 06/23/2022 | Check | 10223 | Cash | CHECK 10223 CHECK | Members Draw | Nodaway Valley Bank | -2,000.00 |
| 06/27/2022 | Check | 10224 | Cash | CHECK 10224 CHECK | Members Draw | Nodaway Valley Bank | -1,500.00 |
| 08/01/2022 | Check | 10232 | Jesse Kagarice | CHECK 10232 CHECK | Members Draw | Nodaway Valley Bank | -4,000.00 |
| 09/16/2022 | Check | 10326 | Cash | CHECK 10326 CHECK | Members Draw | Nodaway Valley Bank | -1,000.00 |
| 10/11/2022 | Check | 10330 | Cash | CHECK 10330 CHECK | Members Draw | Nodaway Valley Bank | -1,200.00 |
| 04/01/2022 | Expense | 10377 | Cash | CHECK 10377 CHECK | Members Draw | Nodaway Valley Bank | -2,000.00 |
| 01/31/2022 | Check | 3363 | Jesse Kagarice | CHECK 3363 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 02/08/2022 | Check | 3379 | Jesse Kagarice | CHECK 3379 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 02/14/2022 | Check | 3386 | Jesse Kagarice | CHECK 3386 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 02/22/2022 | Check | 3401 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -6,000.00 |
| 03/07/2022 | Check | 3421 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -6,000.00 |
| 03/17/2022 | Check | 3446 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 03/22/2022 | Check | 3453 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 03/31/2022 | Check | 3458 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 04/11/2022 | Check | 3468 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -6,000.00 |
| 04/19/2022 | Check | 3486 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 04/20/2022 | Check | 3487 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 05/04/2022 | Check | 3512 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 05/11/2022 | Check | 3526 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |

## JLK Construction, LLC
## Members Draw Transaction Report
### January 30, 2022 - January 30, 2023

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 05/18/2022 | Check | 3532 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 05/25/2022 | Check | 3544 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 06/08/2022 | Check | 3559 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 11/10/2022 | Check | 3754 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 07/06/2022 | Expense | | Jesse Kagarice | XX6195 WITHDRAWAL 4001 N BELT ST.JOSEPH MO IP1421 008913 | Members Draw | Nodaway Valley Bank | -200.00 |
| 07/15/2022 | Expense | | Jesse Kagarice | XX6195 CHK PURCH PIN DICKS SPORTING G SAINT JOSEPH MO 00661177 21968100 | Members Draw | Nodaway Valley Bank | -423.86 |
| 08/29/2022 | Expense | | Jesse Kagarice | XX6195 WITHDRAWAL 2102 CENTRAL ST KANSAS CITY LA RT80688 002356 | Members Draw | Nodaway Valley Bank | -204.99 |
| 09/26/2022 | Expense | | Jesse Kagarice | XX6195 WITHDRAWAL 4001 N BELT ST.JOSEPH MO IP1421 001842 | Members Draw | Nodaway Valley Bank | -300.00 |
| 10/17/2022 | Expense | | Jesse Kagarice | XX6195 WITHDRAWAL 4001 N BELT ST.JOSEPH MO IP1421 005573 | Members Draw | Nodaway Valley Bank | -300.00 |
| 12/29/2022 | Expense | | Jesse Kagarice | JOSEPH  MO TF217011   12-28-22 18:57:02, [0209] | Members Draw | Bison State Bank Checking (-096) | -83.50 |
| 01/03/2023 | Expense | | Jesse Kagarice | JOSEPH  MO TF217011    1-02-23 17:44:36, [0209] | Members Draw | Bison State Bank Checking (-096) | -200.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total for Members Draw** | | | | | | | **-$  93,412.35** |
| **TOTAL** | | | | | | | **-$  93,412.35** |

# JLK Construction, LLC
## Transaction List by Insiders
### January 30, 2022 - January 30, 2023

| Date | Transaction Type | Num | Memo/Description | Amount |
|---|---|---|---|---|
| **Cindy Kagarice** | | | | |
| 12/09/2022 | Check | 3828 | | -5,000.00 |
| **TOTAL Cindy Kagarice** | | | | **-5,000.00** |
| | | | | |
| **Cole Kagarice** | | | | |
| 12/14/2022 | Check | 3834 | | -5,025.00 |
| **TOTAL Cole Kagarice** | | | | **-5,025.00** |
| | | | | |
| **JLK Contracting, LLC Jayme Kagarice** | | | | |
| 07/14/2022 | Expense | | Material was taken out of the wrong account 411375 INTERNET XFER TO BUSINESS 411375 | -481.59 |
| 07/26/2022 | Expense | | INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 7/26/22 AT 11:00 | -13,000.00 |
| **TOTAL JLK Contracting, LLC Jayme Kagarice** | | | | **-13,481.59** |
| | | | | |
| **Roy Kagarice** | | | | |
| 06/21/2022 | Check | 3583 | | -210.65 |
| **TOTAL Roy Kagarice** | | | | **-210.65** |

# United States Bankruptcy Court
## Western District of Missouri

In re    JLK Construction, LLC                    Case No. _____

                            Debtor(s)         Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   JLK Construction, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Jesse Kagarice
PO Box 8820
Saint Joseph, MO 64505

☐ None [*Check if applicable*]

February 12, 2023
Date

/s/ Colin Gotham

Colin Gotham KS#19538; MO#52343 Attorney for Debtor-in-Possession

Signature of Attorney or Litigant
Counsel for    JLK Construction, LLC
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com